**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SH 130 Concession Company, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8490258** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **10800 N. US 183 Hwy Buda, TX 78610** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Caldwell** | **Location of principal assets, if different from principal place of business** |
| | | County | **41 mile Tollway between Austin and San Antonio** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **mysh130.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership |
| | | ☐ Other. Specify: _____ |

Debtor    **SH 130 Concession Company, LLC**                          Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☑ None of the above

B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
   __4884__

**8.  Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ☑ Chapter 11. *Check all that apply:*

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

   ☑ No.

   ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

   ☐ No

   ☑ Yes.

| Debtor | **See attached Rider 1** | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **SH 130 Concession Company, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ■ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ■ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **SH 130 Concession Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 2, 2016**
                   MM / DD / YYYY

**X** **/s/ Alfonso Orol**              **Alfonso Orol**
     Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Patricia B. Tomasco**        Date **March 2, 2016**
     Signature of attorney for debtor                  MM / DD / YYYY

**Patricia B. Tomasco**
Printed name

**Jackson Walker L.L.P.**
Firm name

**100 Congress Ave., Suite 1100**
**Austin, TX 78701**
Number, Street, City, State & ZIP Code

Contact phone   **(512) 236-2076**      Email address   **ptomasco@jw.com**

**01797600**
Bar number and State

# United States Bankruptcy Court
## Western District of Texas

In re   **SH 130 Concession Company, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## <u>Rider 1</u>

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Western District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of SH 130 Concession Company, LLC.

1.   SH 130 Concession Company, LLC

2.   Zachry Toll Road – 56 LP

3.   CINTRA TX 56 LLC

**SH 130 CONCESSION COMPANY, LLC**
**SPECIAL BOARD OF DIRECTORS MEETING**
**FEBRUARY 26, 2016**

**MINUTES**

| | |
|---|---|
| **PRESIDING** | Joe Krier, Chairman of the Board of Directors |
| **PRESENT** (in person or by phone) | Nicolas Rubio de Cárdenas (by phone) |
| | Joe Krier |
| | Timothy Watt |
| | Antonio Resines (by phone) |
| | Mary Peters (by phone) |
| | Guillermo Sanguesa |
| | Javier Gutiérrez |
| | Richard Hoskins (by phone) |
| **GUESTS** (in person or by phone) | Alfonso Orol |
| | Paul Harris |
| | Steve Thoreson |
| | David Feldman (by phone) |
| | Matthew Kelsey (by phone) |
| | Tomer Pinkusiewicz (by phone) |

Mr. Krier called the meeting to order.

**CONSENT AGENDA**

Allocations of voting units of members were presented at the meeting in the forms attached as Exhibit A. Cintra TX 56 LLC has allocated all 6,500 of its voting units to Nicolas Rubio de Cardenas. Zachry Toll Road-56, LP has allocated all 3,500 of its voting units to Timothy Watt.

On motion of Mr. Rubio and seconded by Mr. Watt the minutes of the January 29, 2016 Special Board of Directors meeting were approved.

On motion of Mr. Rubio and seconded by Mr. Watt the minutes of the February 3, 2016 Special Board of Directors meeting were approved.

**RESTRUCTURING**
**UPDATE**

The company's counsel was asked to provide an update regarding the waiver agreement. Counsel noted that the waiver agreement with the Company's creditors was set to expire by the end of the day, February 28, 2016 and proposed that it would be in the best interests of the Company, its creditors, and other parties in interest, subject to the Company and its lenders not reaching a deal or agreeing to an extension of the waiver

agreement, to file or cause to be filed, on or around March 1, 2016, a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

After discussion, and after being put to a vote of the Board of Directors, Nicolas Rubio de Cárdenas, representing 6,500 of the voting units of Cintra TX 56 LLC and Timothy Watt representing 3,500 of the voting units of Zachry Toll Road-56, LP, duly voted to adopt, in accordance with the terms of the Company's limited liability company agreement, the recitals and resolutions attached as Exhibit B.

**FUTURE MEETINGS**    March 1, 2016 was confirmed as the date of the next meeting of the Board of Directors.

**OTHER BUSINESS**    No other business came before the Board of Directors.

The Chairman adjourned the meeting.

Respectfully submitted,

Steven J. Thoreson
Secretary

**MATERIALS EMAILED**    Agenda

Allocation of Voting Units of Members for SH 130 Concession Company, LLC, attached as Exhibit A.

**MATERIALS IN PLACE**    Resolution of the Board of Directors to file voluntary petition for relief under Chapter 11, attached as Exhibit B.

## EXHIBIT A-1

## ALLOCATION OF CINTRA VOTING UNITS
## FOR SH 130 CONCESSION COMPANY, LLC

Pursuant to Section 6.01(b) of the Amended and Restated Limited Liability Company Agreement of SH 130 Concession Company, LLC, Cintra TX 56 LLC ("Cintra") hereby allocates to each of the Directors listed below the corresponding number of Units opposite his or her name to vote at the meeting of the Board of Directors of SH 130 Concession Company, LLC that is scheduled to occur on February 26, 2016:

| Name | Units |
|------|-------|
| Nicolas Rubio de Cardenas | 6,500 |
| | |
| | |
| | |
| | |
| TOTAL: | 6,500 |

IN WITNESS WHEREOF, the undersigned has duly executed this allocation to be effective as of February 26, 2016.

CINTRA TX 56 LLC,
a Delaware limited liability company

By: _____

Name: _NICOLAS RUBIO_

Title: _AUTHORIZED REPRESENTATIVE_

**EXHIBIT A-2**

## ALLOCATION OF ZACHRY VOTING UNITS
## FOR SH 130 CONCESSION COMPANY, LLC

Pursuant to Section 6.01(b) of the Amended and Restated Limited Liability Company Agreement of SH 130 Concession Company, LLC, Zachry Toll Road-56, LP ("Zachry") hereby allocates to each of the Directors listed below the corresponding number of Units opposite his or her name to vote at the meeting of the Board of Directors of SH 130 Concession Company, LLC that is scheduled to occur on February 26, 2016:

| Name | Units |
|------|-------|
| Timothy Watt | 3,500 |
| | |
| | |
| TOTAL: | 3,500 |

IN WITNESS WHEREOF, the undersigned has duly executed this allocation to be effective as of February 26, 2016.

ZACHRY TOLL ROAD-56, LP,
a Delaware limited partnership

By:   ZACHRY AMERICAN
INFRASTRUCTURE-56, LLC,
its sole general partner

By: _____
Name: _Timothy A. Watt_____
Title: _Manager_____

## EXHIBIT B

## RESOLUTIONS ADOPTED BY THE
## BOARD OF DIRECTORS OF
## SH 130 CONCESSION COMPANY, LLC

WHEREAS, the Board of Directors reviewed and considered the materials presented by the management and the financial and legal advisors of the Company regarding its liabilities and liquidity, the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses;

WHEREAS, the Board of Directors has had the opportunity to consult with the management of the Company, as well as its financial and legal advisors, and to fully consider each of the strategic alternatives available to the Company; and

## VOLUNTARY PETITION UNDER THE PROVISIONS OF
## CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, subject to the Company and its lenders not reaching an agreement regarding a global consensual restructuring or an extension of the waiver agreement, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company file or cause to be filed, as soon as practicable, the Chapter 11 Case under the Bankruptcy Code;

RESOLVED FURTHER, that the officers of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, with power of delegation, be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents and any amendments thereto in connection with the Chapter 11 Case under the Bankruptcy Code, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses;

## RETENTION OF PROFESSIONALS

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Gibson, Dunn & Crutcher LLP as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Gibson, Dunn & Crutcher LLP;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Jackson Walker LLP as local bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Jackson Walker LLP;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of AlixPartners, LLP. as financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of AlixPartners, LLP;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Prime Clerk LLC as notice, claims, solicitation, balloting, and tabulation agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk LLC;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized, but not directed, to retain such other professionals, including consultants as they deem appropriate during the course of the Chapter 11 Case;

## CASH COLLATERAL AGREEMENT

RESOLVED FURTHER, that in connection with the commencement of the Chapter 11 Case by the Company, any Authorized Officer be, and hereby is, authorized, empowered, and directed to take any and all actions necessary in order to obtain court approval for the use of cash collateral and/or to negotiate, execute, and deliver agreements for the use of cash collateral in connection with the Chapter 11 Case, which agreement(s) may require the Company to grant liens and pay interest to the Company's existing lender(s), and to take such additional action and to execute and deliver each other agreement, instrument, or document, to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

## GENERAL

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted by the Board of Directors in connection with the foregoing resolutions be, and the same hereby are, adopted, and that each Authorized Officer of the Corporation be, and hereby is,

authorized in the name and on behalf of the Corporation to certify as to the adoption of any and all such resolutions;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and empowered, with power of delegation, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **SH 130 Concession Company, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TxDOT** 125 East 11th Street Austin, TX 78701 | **General Counsel** Phone: (512) 463-8630 Fax: (512) 475-3070 Email: | **Trade** | | | | $283,425 |
| **Delcan** 1 Centerpoint Drive, Suite 210 La Palma, CA 90623 | **General Counsel** Phone: (714) 562-5725 Fax: (714) 562-5728 Email: l.doloiras@delcan.com | **Trade** | | | | $213,128 |
| **Ramming Paving** 9020 N. Capital of Texas Hwy, Ste. 250 Austin, TX 78759 | **Controller** Phone: (512) 251-3713 Fax: (512) 251-3709 Email: Mary.Krueger@austinmaterials.com | **Trade** | | | | $199,887 |
| **Bluebonnet Electric** 155 Electric Avenue Bastrop, TX 78602 | **General Manager** Phone: (512) 332-7921 Fax: Email: general.manager@bluebonnet.coop | **Trade** | | | | $9,112 |
| **Pedernales Electric** PO Box 1 Johnson City, TX 78636 | **General Counsel** Phone: (830) 868-7155 Fax: (830) 868-5018 Email: | **Trade** | | | | $6,576 |
| **Interstate Steel** 3616 Old Howard County Air Port Big Springs, TX 79720 | **General Counsel** Phone: (432) 263-2435 Fax: Email:mason@interstatesteeltexas.com | **Trade** | | | | $6,485 |
| **CNH America, LLC** 700 State Street, Racine, WI 53404 | **General Counsel** Phone: (800) 357-1837 Fax: (801) 779-7425 Email: | **Trade** | | | | $4,428 |
| **Glosserman Automotive Center, Inc.** PO Box 180, Lockhart, TX 78644 | **General Counsel** Phone: (512) 376-2314 Fax: (512) 398-4817 Email: | **Trade** | | | | $3,600 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **SH 130 Concession Company, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Grainger Dept 876801341 Palatine, IL, 60038 | General Counsel Phone: (877) 202-2594 Fax: Email: scd_bankruptcynotices@grainger.com | Trade | | | | $3,500 |
| Telefonica USA, Inc., 1111 Brickell Ave, 10th Floor Miami, FL 33131 | General Counsel Phone:  (305) 925-5208 Fax: Email:   accountsreceivableus@telefonica.com | Trade | | | | $2,965 |
| Guadalupe Valley Electric Corp. PO Box 118 Gonzales, TX 78629 | General Counsel Phone:   (830) 379-2114 Fax:   (830) 386-4445 Email: | Trade | | | | $2,796 |
| Greater New Braunfels Chamber of Commerce PO Box 311417 Austin, TX 78131 | General Counsel Phone: (830) 625-2385 Fax:   (830) 625-7918 Email: michael@innewbraunfels.com | Trade | | | | $1,500 |
| Austin Turf & Tractor 809 Steve Hawkins Parkway Marble Falls, TX 78654 | General Counsel Phone: (800) 528-4290 Fax:   (830) 693-7791 Email:   sales-marble@austinturf.com | Trade | | | | $1,414 |
| Klotz & Associates, 1160 Dairy Ashford, Suite 500 Houston, TX 77079 | General Counsel Phone: (281) 589-7257 Fax:   (281) 589-7309 Email:   Houston.Office@klotz.com | Trade | | | | $1,365 |
| Texas Corrugators, Inc. PO Box 938 Round Rock, TX 78680 | General Counsel Phone: (512) 388-0588 Fax:   (512) 388-0417 Email:   info@txcorr.com | Trade | | | | $1,272 |
| Jani-King 2523 South Lakeline Blvd, Cedar Park, TX 78613 | General Counsel Phone: (512) 335-9888 Fax:   (512) 335-1918 Email:   rnorris@jkaustin.us, director@jkaustin.us | Trade | | | | $1,263 |
| Intisun Training and Language 1322 Becca Teal Pl., Round Rock, TX 78681 | General Counsel Phone: (512) 577-2419 Fax: Email:   gdouriet@yahoo.com | Trade | | | | $1,148 |
| Creedmoor-Maha Water 12100 Laws Rd Buda, TX 78610 | General Counsel Phone: (512) 243-2113 Fax:   (512) 243-2137 Email:   lorihorvath66@gmail.com | Trade | | | | $676 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **SH 130 Concession Company, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **San Antonio Chamber of Commerce 602 E. Commerce San Antonio, TX 78205** | **General Counsel Phone: (210) 229-2100 Fax:   (210) 229-1600 Email:   communications@sachamber.org** | **Trade** | | | | **$536** |
| **Lockhart Chamber of Commerce 702 S Commerce St, Lockhart, TX 78644** | **General Counsel Phone: (512) 398-2818 Fax: Email:   Staff@lockhartchamber.com** | **Trade** | | | | **$310** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **SH 130 Concession Company, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 2, 2016**      X **/s/ Alfonso Orol**
                                             Signature of individual signing on behalf of debtor

                                             **Alfonso Orol**
                                             Printed name

                                             **Chief Executive Officer**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas, Austin Division

In re   **SH 130 Concession Company, LLC** _____     Case No. _____

Debtor(s)     Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CINTRA TX 56 LLC**<br>**9600 Great Hills Trail - Suite 250E**<br>**Austin, TX 78759** | | **65% ownership** | |
| **Zachry Toll Road - 56 LP**<br>**2330 N. Loop 1604 W.**<br>**San Antonio, TX 78248** | | **35% ownership** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March  2, 2016** _____     Signature   **/s/ Alfonso Orol**

**Alfonso Orol**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas, Austin Division

In re   __SH 130 Concession Company, LLC__

Debtor(s)

Case No. _____

Chapter   __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __SH 130 Concession Company, LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CINTRA TX 56 LLC**
**9600 Great Hills Trail - Suite 250E**
**Austin, TX 78759**

**Zachry Toll Road - 56 LP**
**2330 N. Loop 1604 W.**
**San Antonio, TX 78248**

☐ None [*Check if applicable*]

__March  2, 2016__

Date

/s/ Patricia B. Tomasco

**Patricia B. Tomasco 01797600**

Signature of Attorney or Litigant

Counsel for   __SH 130 Concession Company, LLC__

**Jackson Walker L.L.P.**
**100 Congress Ave., Suite 1100**
**Austin, TX 78701**
**(512) 236-2076 Fax:(512) 691-4438**
**ptomasco@jw.com**