**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **SH 130 CONCESSION COMPANY, LLC** | § | **CASE NO. 16-10262** |
| **ZACHRY TOLL ROAD – 56 LP** | § | **CASE NO. 16-10263** |
| **CINTRA TX 56 LLC** | § | **CASE NO. 16-10264** |
| | § | |
| **DEBTORS.** | § | **CHAPTER 11** |
| | § | |
| **EIN: 20-8490258; 20-8596022; 20-8059105** | § | |
| | § | |
| **10800 N US 183 HWY** | § | **JOINTLY ADMINISTERED UNDER** |
| **BUDA, TEXAS 78610-9460** | § | **CASE NO. 16-10262** |

**SUPPLEMENTAL DISCLOSURE OF COMPENSATION PAID TO**
**ATTORNEY FOR DEBTOR IN ACCORDANCE WITH BANKRUPTCY RULE 2016(b)**

Gibson, Dunn & Crutcher LLP ("*Gibson Dunn*"), lead bankruptcy counsel to the debtors and debtors in possession (the "*Debtors*") in the above referenced chapter 11 cases (the "*Chapter 11 Cases*") hereby makes the following disclosure in compliance with Rule 2016(b) of the Federal Rules of Bankruptcy Procedure and the *Order Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date (Dkt. 181)*:

1.      Gibson Dunn previously filed the *Declaration of David M. Feldman in Support of Debtor's Application for Entry of an Order Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as Counsel For the Debtors and Debtors in Possession Effective as of the Petition Date, Together with Disclosure of Compensation Pursuant to Bankruptcy Rule 2016(b)* (the "*Feldman Declaration*") in which the firm disclosed its prepetition compensation for bankruptcy and restructuring services.

2.      Gibson Dunn stated that it had received $1,392,004.72 for professional services rendered and expenses incurred in the twelve (12) months prior to the filing of the Chapter 11

Cases. Gibson Dunn also stated that it was still in the process of completing its ordinary course billing and reconciliation process and that a supplement to the Rule 2016(b) statement included in the Feldman Declaration, if required, would be filed with the Court.

3.       Gibson Dunn has now completed its ordinary course billing and reconciliation process in accordance with normal firm practice. Gibson Dunn received $1,409,469.97 for professional services rendered and expenses incurred in the twelve (12) months prior to the filing of the Chapter 11 Cases. After completion of the reconciliation process, the Debtors' on-account balance ("***Advance Payment Balance***") is $7,314.07. This Advance Payment Balance will be held by Gibson Dunn as security for post-petition services and expenses.

4.       Other than with members and regular associates of the firm, Gibson Dunn has no agreement with any other entity to share with such entity any compensation received by Gibson Dunn.

Dated: May 10, 2016

Respectfully submitted,

David M. Feldman (admitted *pro hac vice*)
Matthew K. Kelsey (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email address: DFeldman@gibsondunn.com
Email address: MKelsey@gibsondunn.com

JACKSON WALKER L.L.P.

100 Congress Ave., Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 - FAX

By: */s/ Jennifer F. Wertz*
    Patricia B. Tomasco
    State Bar No. 01797600
    (512) 236-2076 – Direct Phone
    (512) 691-4438 – Direct Fax
    Email address: ptomasco@jw.com

    Jennifer F. Wertz
    State Bar No. 24072822
    (512) 236-2247 – Direct Phone
    (512) 391-2147 – Direct Fax
    Email address: jwertz@jw.com

    **COUNSEL FOR THE DEBTORS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of May, 2016, a true and correct copy was served via the Court's CM/ECF electronic notification system upon all parties requesting service through same, and via electronic delivery upon the party listed below:

Deborah A. Bynum
Trial Attorney
United States Trustee
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
deborah.a.bynum@usdoj.gov

/s/ *Jennifer F. Wertz*
Jennifer F. Wertz