## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | |
| **SH 130 CONCESSION COMPANY, LLC,** | § | **CASE NO. 16-10262** |
| **ZACHRY TOLL ROAD – 56 LP** | § | **CASE NO. 16-10263** |
| **CINTRA TX 56 LLC** | § | **CASE NO. 16-10264** |
| | § | |
| **DEBTORS.** | § | **(Chapter 11)** |
| | § | |
| **EINS: 20-8490258; 20-8596022; 20-8059105** | § | |
| | § | |
| **10800 N US 183 HWY** | § | **JOINTLY ADMINISTERED UNDER** |
| **BUDA, TEXAS 78610-9460** | § | **CASE NO. 16-10262** |

### NOTICE OF FILING OF FIRST INTERIM FEE APPLICATION SEEKING APPROVAL AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS FOR DEBTORS FROM MARCH 2, 2016 THROUGH MAY 31, 2016

PLEASE TAKE NOTICE that attached hereto is AlixPartners, LLP's First Interim Application Seeking Approval and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors for Debtors from March 2, 2016 Through May 31, 2016, submitted by AlixPartners, LLP.

Dated: July 15, 2016.

Respectfully submitted,

David M. Feldman (admitted *pro hac vice*)
Matthew K. Kelsey (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email address: DFeldman@gibsondunn.com
Email address: MKelsey@gibsondunn.com

JACKSON WALKER L.L.P.
100 Congress Ave., Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 - FAX

By: /s/ *Patricia B. Tomasco*
    Patricia B. Tomasco
    State Bar No. 01797600
    (512) 236-2076 – Direct Phone
    (512) 691-4438 – Direct Fax
    Email address: ptomasco@jw.com

    Jennifer F. Wertz
    State Bar No. 24072822
    (512) 236-2247 – Direct Phone
    (512) 391-2147 – Direct Fax
    Email address: jwertz@jw.com

**COUNSEL FOR THE DEBTORS**

.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of July 2016, a true and correct copy of the foregoing was served via the Court's CM/ECF electronic notification system upon all parties receiving notice through same, and the following via email.

<u>Notice Parties</u>

SH 130 Concession Company, LLC
(Attn: Steven Thoreson)
10800 N US 183 Hwy
Buda, TX 78610
(sthoreson@sh130cc.com)

Gibson, Dunn & Crutcher LLP
Attn: David M. Feldman, Esq. and
Matthew K. Kelsey, Esq.
200 Park Avenue
New York, NY 10166
(DFeldman@gibsondunn.com)
(MKelsey@gibsondunn.com)

Office of the United States Trustee
Western District of Texas
Attn: Deborah A. Bynum
903 San Jacinto, Room 230
Austin, TX 78701
(Deborah.A.Bynum@usdoj.gov)

Munsch Hardt
Attn: E. Lee Morris and
Kevin M. Lippman
500 N. Akard
Dallas, Texas 75201
(LMorris@Munsch.com)
(KLippman@Munsch.com)

Milbank Tweed
Attn: Gerard Uzzi,
Gregory Bray ,and
Mary Doheny
One Chase Manhattan Plaza
New York, New York 10005-1413
(GUzzi@milbank.com)
(GBray@milbank.com)
(MDoheny@milbank.com)

/s/ *Patricia B. Tomasco*

Patricia B. Tomasco

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SH 130 CONCESSION COMPANY, LLC | § | CASE NO. 16-10262 |
| ZACHRY TOLL ROAD – 56 LP | § | CASE NO. 16-10263 |
| CINTRA TX 56 LLC | § | CASE NO. 16-10264 |
| | § | |
| DEBTORS. | § | CHAPTER 11 |
| | § | |
| EIN: 20-8490258; 20-8596022; 20-8059105 | § | |
| | § | |
| 10800 N US 183 HWY | § | JOINTLY ADMINISTERED UNDER |
| BUDA, TEXAS 78610-9460 | § | CASE NO. 16-10262 |

NOTICE OF ALIXPARTNERS, LLP'S FIRST INTERIM FEE APPLICATION
SEEKING APPROVAL AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS FOR DEBTORS
FROM MARCH 2, 2016 THROUGH MAY 31, 2016

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Period for which Interim Compensation and Reimbursement sought: | March 2, 2016 through May 31, 2016 |
| Amount of Interim Compensation sought as actual, reasonable, and necessary: | $160,172.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable, and necessary: | $40.20 |
| Petition Date: | March 2, 2016 |

This is a(n): ___ monthly   _X_ interim ___ final application

## PRIOR APPLICATIONS FILED

| Compensation Period | Total Fees | Requested Fees (80%) | Requested Expenses (100%) | Paid Fees | Paid Expenses | 20% Holdback | Approved |
|---|---|---|---|---|---|---|---|
| 03/02/2016-03/31/2016 | $109,423.00 | $87,538.40 | $40.20 | $87,538.40 | $40.20 | $21,884.60 | Yes |
| 04/01/2016-04/30/2016 | $41,436.00 | $33,148.80 | $0.00 | $0.00 | $0.00 | $8,287.20 | Yes |
| 05/01/2016-05/31/2016 | $9,313.00 | $7,450.40 | $0.00 | $0.00 | $0.00 | $1,862.60 | Yes |
| | **$160,172.00** | **$128,137.60** | **$40.20** | **$87,538.40** | **$40.20** | **$32,034.40** | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **SH 130 CONCESSION COMPANY, LLC** | § | **CASE NO. 16-10262** |
| **ZACHRY TOLL ROAD – 56 LP** | § | **CASE NO. 16-10263** |
| **CINTRA TX 56 LLC** | § | **CASE NO. 16-10264** |
| | § | |
| **DEBTORS.** | § | **CHAPTER 11** |
| | § | |
| **EIN: 20-8490258; 20-8596022; 20-8059105** | § | |
| | § | |
| **10800 N US 183 HWY** | § | **JOINTLY ADMINISTERED UNDER** |
| **BUDA, TEXAS 78610-9460** | § | **CASE NO. 16-10262** |

**FIRST INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP SEEKING APPROVAL AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS FOR DEBTORS FROM FROM MARCH 2, 2016 THROUGH MAY 31, 2016]**

**This pleading requests relief that may be adverse to your interests. If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held. A timely response is necessary for a hearing to be held.**

Pursuant to §§ 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the *Order Establishing Procedures for (I) Attorney Timekeeping, Billing, and Budgeting and (II) Interim Compensation and Reimbursement of Expenses for Professions* entered on April 20, 2016 (the "Compensation Order"), AlixPartners, LLP ("AlixPartners"), financial advisors to the above-captioned Debtors (collectively, the "Debtors"), hereby files its first interim fee application (the "Interim Fee Application") seeking approval and payment of compensation for services rendered and reimbursement of expenses incurred during the period of March 2, 2106 through May 31, 2016 (the "Interim Fee Period"). Specifically, AlixPartners seeks approval of $160,172.00 in fees earned and $40.20 in expenses incurred during the Interim Fee Period, for a total of $160,212.40. In support of its Interim Fee Application, AlixPartners respectfully represents as follows:

## Jurisdiction and Venue

1.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.    On March 2, 2016, each of the Debtors commenced a case under Title 11 of the United States Code.  By order of the Court, the Debtors' cases have been consolidated for procedural purposes only and administered jointly.

3.    On March 16, 2016, the Debtors filed their application seeking authority to retain and employ AlixPartners as their financial advisor in these chapter 11 cases. [Docket No. 85].

4.    On April 14, 2016, the Court entered an Order Approving the Employment and Retention of AlixPartners as Financial Advisors to the Debtors and Debtors in Possession [Docket No. 160] (the "Retention Order").

5.    The Debtors are operating its business and managing its property as Debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

## AlixPartners' Statement and Request

6.    All services provided by AlixPartners during this Interim Fee Period were performed for or on behalf of the Debtors.

7.    AlixPartners has received payment of $87,578.60 for fees earned and expenses incurred during the Interim Fee Period.

8.    Except for payments from the Debtors as provided for above, AlixPartners has received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Fee Application. There is, and has been, no agreement or understanding between AlixPartners and any other entity for

the sharing of compensation to be received for services rendered in these cases.

9.    Pursuant to the engagement letter between AlixPartners and the Debtors (the "Engagement Letter"), as approved by the terms of the Retention Order, AlixPartners is entitled to compensation for fees earned and reimbursement of expenses incurred in its role assisting the Debtors during the pendency of these chapter 11 cases.  During the Interim Fee Period, AlixPartners earned fees in the amount of $160,172.00 and incurred expenses in the amount of $40.20.

10.    Services provided to the Debtors for the Interim Fee Period include, but were not limited to:

a.    Assisted the Company and its management in developing a short-term cash flow forecasting tool and related methodologies and assist with planning for alternatives as requested by the Company.

b.    Assisted with the preparation of the motions, statement of financial affairs, schedules and other regular reports required by the United States Bankruptcy Court.

c.    Assisted in obtaining and presenting information required by parties in interest in the Company's bankruptcy process including official committees appointed by the Court and the Court itself.

d.    Provided assistance as requested by management in connection with the Company's development of its business plan, and such other related forecasts.

e.    Assisted in the preparation of the Plan of Reorganization and Liquidation Analysis.

11.    Attached as **Schedule 1** is a summary of professional fees earned for services rendered during the Interim Fee Period.  **Schedule 1** references the name, title, and rate of each individual that worked on the engagement during the Interim Fee Period, number of hours worked on the engagement in the Interim Fee Period, amount of compensation sought, and the hourly rates (as provided for in the Engagement Letter) for all persons working on the engagement during the Interim Fee Period.

- 3 -

12. AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "<u>Independent Contractor</u>") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Interim Fee Period.

13. Attached as **<u>Schedule 2</u>** is a summary of expenses incurred by AlixPartners in connection with its role as financial advisor to the Debtors during the Interim Fee Period.

14. Attached as **<u>Schedule 3</u>** is a list of detailed time entries arranged by project category for services provided by AlixPartners' professionals during the Interim Fee Period.

15. Attached as **<u>Schedule 4</u>** is a detailed time entry report for the Interim Fee Period of March 2, 2016 through May 31, 2016.

16. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, AlixPartners respectfully submits that the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services provided by similar firms, both in and outside of bankruptcy.

17. The undersigned hereby states that AlixPartners has reviewed the requirements of the Local Rules for the United States Bankruptcy Court for the Western District of Texas (the "**<u>Local Rules</u>**"), the Compensation Order of this Court dated April 20, 2016, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §§ 105(a) and 331 (collectively, the "**<u>Guidelines</u>**") and to its knowledge believes that this Interim Fee Application complies with such Local Rules and Guidelines.

### **<u>Relief Requested</u>**

18. Pursuant to the Compensation Order, AlixPartners seeks approval of 100% of fees

earned ($160,172.00) and expenses incurred ($40.20) during the Interim Fee Period, for a total of $160,212.20. Notice of this Interim Fee Application has been provided to all Notice Parties, as defined in the Compensation Order.

WHEREFORE, AlixPartners respectfully requests (i) that this Court authorize payment of compensation for professional services rendered in the amount of $160,172.00 in fees earned and $40.20 in expenses incurred less the amount already paid, $87,578.60 during the Interim Fee Period, for a total of $72,633.60; and (ii) that this Court grants AlixPartners such other and further relief as is just.

Date: July 15, 2016

By: _____

Name: Holly Felder Etlin

Title:   Managing Director, AlixPartners, LLP

## Schedule 1

**SH 130 CONCESSION COMPANY, LLC**

Compensation by Professional for the period from 03/02/2016-05/31/2016*

| Name of Professional | Description of Function | Hourly Rate 2016 | 16-Mar | 16-Apr | 16-May | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| Holly Felder Etlin | Managing Director | $ 1,070.00 | 0.50 | | 0.50 | 1.00 | $ 1,070.00 |
| Richard Robbins | Director | $ 770.00 | 154.40 | 66.80 | 11.40 | 232.60 | $ 179,102.00 |
| **Credit (Per Engagement Ltr)** | | | $ (10,000.00) | $ (10,000.00) | | | $ (20,000.00) |
| **Grand Total** | | | | | | | **$ 160,172.00** |

* AlixPartners may determine, from time to time, to augment its professioinal staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during the Application Period.

**Schedule 2**

**SH 130 CONCESSION COMPANY, LLC**
Expense Summary for the period from 03/02/2016-05/31/2016

| Expense Categories | First Monthly Statement | Second Monthly Statement | Third Monthly Fee Statement |
|---|---|---|---|
| Supplies | $    40.20 | | |
| **Subtotals** | **$    40.20** | **$    -** | **$    -** |
| *Grand Total* | | | **$    40.20** |

**Schedule 3**

**SH 130 CONCESSION COMPANY, LLC**
Compensation by Project Category for the period from 03/02/2016-05/31/2016

| Services | Fees | | | Total Compensation |
| | First Monthly Statement | Second Monthly Statement | Third Monthly Statement | |
| --- | --- | --- | --- | --- |
| Cash Forecasting & Reporting | $ 20,738.72 | | | $ 20,738.72 |
| Case Management Activities | $ 86,426.61 | $ 41,436.00 | 9,313.00 | 137,175.61 |
| Court Preparation & Testimony | $ 2,257.67 | | | 2,257.67 |
| **Total Fees** | **$ 109,423.00** | **$ 41,436.00** | **$ 9,313.00** | **$ 160,172.00** |
| **Subtotal** | | | | |
| | | | | |
| Expenses | $ 40.20 | | | $ 40.20 |
| **Total Fee Request** | | | | **$ 160,212.20** |

Average Blended Rate: $685.67

## Schedule 4

**SH 130 CONCESSION COMPANY, LLC**
Time and Expense Detail for the period from 03/02/2016-05/31/2016



April 28, 2016

Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

Client:    009892
Inv. No.:  2078198                                          Federal Tax ID 38-3637158

For Professional Services:  March 2, 2016 through March 31, 2016

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Holly Etlin | Managing Director | 0.50 | 1,070.00 | 535.00 |
| Richard Robbins | Director | 154.40 | 770.00 | 118,888.00 |
| **Total Hours & Fees** | | **154.90** | | **119,423.00** |
| Credit per Engagement Letter | | | | (10,000.00) |
| Subtotal | | | | 109,423.00 |
| Expenses | | | | 40.20 |
| **Total Amount Due** | | | **USD** | **109,463.20** |

**Please reference the invoice number noted above on any payment remittance.  Thank You.**

| **Send check remittance to:** | **If Remitting in USD:** | **If Remitting in any other Currency:** |
|---|---|---|
| AlixPartners LLP | Account Name:  AlixPartners LLP | Account Name:  AlixPartners LLP |
| P.O. Box 5838 | Account Number:  003-58897 | IBAN:  GB27 DEUT 4050 8189 039614 |
| Carol Stream, IL 60197-5838 | Bank Name:  Deutsche Bank | Account Number:  89039614 |
| | ABA:  021-001-033 | Bank Name:  Deutsche Bank AG London |
| | SWIFT:   BKTRUS33XXX | SWIFT:   DEUTGB2LXXX |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

| Project Code | Description | Amount |
|---|---|---|
| 009892.00101 | Cash Forecasting & Reporting | 20,738.72 |
| 009892.00102 | Case Management Activities | 86,426.61 |
| 009892.00104 | Court Preparation and Testimony | 2,257.67 |
| **Total Fees Incurred** | | **109,423.00** |

| Expenses | Amount |
|---|---|
| Supplies | 40.20 |
| **Total Disbursements** | **40.20** |


*When it really matters.*

Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

| | | |
|---|---|---|
| Invoice # | 2078198-1 | |
| Re: | Cash Forecasting & Reporting | |
| Client/Matter # | 009892.00101 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/07/16 | RR | Prepare cash forecast and begin update of revenue/expense detail. | 2.60 |
| 03/07/16 | RR | Prepare cash forecast template for use by management in weekly budget. | 1.10 |
| 03/09/16 | RR | Prepare forecast versus actual week one report. | 1.40 |
| 03/09/16 | RR | Development of inputs for cash forecast including capital expenditures and direct expenses. | 3.20 |
| 03/09/16 | RR | Walk through professional fee estimates with CFO for cash forecasting purposes. | 2.20 |
| 03/10/16 | RR | Professional fee and operational expense forecast development. | 2.90 |
| 03/10/16 | RR | Update revenue forecast for weekly report. | 2.40 |
| 03/11/16 | RR | Prepare analysis and discuss forecast components with SH 130 team. | 2.80 |
| 03/11/16 | RR | Discuss revenue forecast with CFO. | 1.30 |
| 03/14/16 | RR | Update weekly budget forecast with most recent actual data. | 2.10 |
| 03/14/16 | RR | Prepare weekly variance report. | 3.10 |
| 03/15/16 | HFE | Call on cash collateral. | 0.50 |
| 03/18/16 | RR | Review and update cash forecast. | 2.30 |
| 03/21/16 | RR | Assist in preparation of weekly cash collateral budget variance report. | 1.30 |
| | | **Total Hours** | **29.20** |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610


Invoice #                    2078198-1

Re:                          Cash Forecasting & Reporting
Client/Matter #              009892.00101

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Holly Etlin | 0.50 | 1,070.00 | 535.00 |
| Richard Robbins | 28.70 | 770.00 | 22,099.00 |
| **Total Hours & Fees** | **29.20** | | **22,634.00** |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

| Invoice # | 2078198-2 |
|---|---|
| Re: | Case Management Activities |
| Client/Matter # | 009892.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 03/02/16 | RR | Data entry and preparation of First Day Motions for filing with the Court. | 2.40 |
| 03/02/16 | RR | Perform final review of First Day Motions and confirm necessary modifications had been made. | 2.30 |
| 03/02/16 | RR | Final review of SH 130, Zachry and Cintra Petitions. | 1.30 |
| 03/04/16 | RR | Attend First Day Hearing. | 3.40 |
| 03/04/16 | RR | Discuss case management activities going forward with CFO - Paul Harris. | 1.40 |
| 03/07/16 | RR | Review of filing requirements and initial debtor reporting guidelines. | 2.30 |
| 03/07/16 | RR | Discussions with attorneys regarding AlixPartners application for employment and miscellaneous case issues. | 2.10 |
| 03/09/16 | RR | Discussions with CFO regarding handling of bank accounts and credit cards. | 1.30 |
| 03/10/16 | RR | Discussions with CFO regarding case management issues. | 2.10 |
| 03/10/16 | RR | Prepare weekly case summary for AlixPartners team. | 0.90 |
| 03/14/16 | RR | Begin preparation of templates to be used in data collection for Statement of Financial Affairs. | 2.60 |
| 03/14/16 | RR | Begin preparation of templates to be used in data collection for Schedules of Assets and Liabilities. | 2.30 |
| 03/15/16 | RR | Data collection and analysis of asset information for Schedules A/B. | 3.20 |
| 03/15/16 | RR | Data collection and analysis of information for Statement of Financial Affairs 1-10. | 2.90 |
| 03/15/16 | RR | Review Initial Debtor Report requirements. | 2.60 |
| 03/16/16 | RR | Collect information and prepare Initial Debtor Report. | 3.20 |
| 03/16/16 | RR | Data collection and analysis of asset information for Schedule D. | 2.70 |
| 03/16/16 | RR | Data collection and analysis of information for Statement of Financial Affairs 11-20. | 2.40 |
| 03/16/16 | RR | Prepare for and participate in update call with AlixPartners team. | 0.80 |
| 03/18/16 | RR | Data collection and analysis of asset information for Schedules of Assets and Liabilities for Cintra debtor. | 3.30 |
| 03/18/16 | RR | Data collection and analysis of information for Zachry debtor | 3.10 |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

| Invoice # | 2078198-2 |
| --- | --- |
| Re: | Case Management Activities |
| Client/Matter # | 009892.00102 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| | | Statement of Financial Affairs. | |
| 03/21/16 | RR | Initial Debtor Interview Report development for SH 130 CC LLC. | 3.20 |
| 03/21/16 | RR | Data collection and analysis of asset information for Schedules E/F. | 2.30 |
| 03/21/16 | RR | Data collection and analysis of information for Statement of Financial Affairs 21-32. | 2.60 |
| 03/22/16 | RR | Multiple meetings with SH 130 team to discuss items related to the filing of the Schedules and Statements as well as the consensual plan of reorganization. | 1.30 |
| 03/22/16 | RR | Data preparation for Schedule of Assets and Liabilities for Zachry and Cintra debtors. | 3.30 |
| 03/22/16 | RR | Discuss contracts and Schedule G with SH 130 personnel. | 3.20 |
| 03/22/16 | RR | Zachry Toll Road 56 LP Initial Debtor Interview packet preparation. | 1.30 |
| 03/23/16 | RR | Prepare for and participate in case status call with Holly Etlin. | 0.70 |
| 03/23/16 | RR | Prepare draft of Statement of Financial Affairs for SH 130 CC LLC for review with CFO. | 2.60 |
| 03/23/16 | RR | Prepare draft of Schedule of Assets and Liabilities for SH 130 CC LLC to review with CFO. | 2.40 |
| 03/23/16 | RR | Prepare draft of IDI Report for SH 130 CC LLC for review with CFO. | 1.20 |
| 03/24/16 | RR | Engaged in multiple discussions with SH 130- team regarding issues in data analysis and presentation of Schedules and Statements. | 1.40 |
| 03/24/16 | RR | Review of Schedules for SH 130 CC LLC. | 2.10 |
| 03/24/16 | RR | Review of Statement of Financial Affairs for SH 130 CC LLC. | 1.60 |
| 03/25/16 | RR | Prepare for and participate in multiple status calls with Paul Harris regarding items on the Schedules and Statements. | 1.60 |
| 03/25/16 | RR | Prepare drafts of Schedule of Assets and Liabilities for SH 130 CC LLC and review with Sh 130 management team. | 3.10 |
| 03/25/16 | RR | Prepare drafts of Statment of Financial Affairs for SH 130 CC LLC and review with SH 130 management team. | 3.40 |
| 03/28/16 | RR | Make final modifications to SH 130 CC LLC Initial Debtor Interview packet. | 2.40 |
| 03/28/16 | RR | Development of Zachry Toll Road 56 LP Initial Debtor Interview | 3.20 |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

| Invoice # | 2078198-2 |
| --- | --- |
| Re: | Case Management Activities |
| Client/Matter # | 009892.00102 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| | | Packet. | |
| 03/28/16 | RR | Development of Initial Debtor Interview Packet for Cintra TX 56 LLC. | 2.80 |
| 03/29/16 | RR | Review and update Schedules of Assets and Liabilities for SH 130 debtor entity. | 3.30 |
| 03/29/16 | RR | Review and update Schedules of Assets and Liabilities for Zachry debtor entity. | 1.40 |
| 03/29/16 | RR | Review and update Schedules of Assets and Liabilities for Cintra debtor entity. | 1.20 |
| 03/29/16 | RR | Review and make modifications to Initial Debtor Reports for SH 130, Cintra and Zachry debtor entities. | 3.40 |
| 03/30/16 | RR | Review and make final modifications to Initial Debtor Reports for SH 130, Cintra and Zachry debtor entities. | 3.20 |
| 03/30/16 | RR | Final reviews of Initial Debtor Reports for all debtor entities. | 2.30 |
| 03/30/16 | RR | Review with management and make final modifications to the SH 130 Statement of Financial Affairs. | 2.20 |
| 03/30/16 | RR | Discuss Bankruptcy Court fillings with SH 130 management. | 1.70 |
| 03/31/16 | RR | Prepare updates to Schedules and Statements based on comments received from management and attorney groups. | 3.60 |
| 03/31/16 | RR | Preparation of Statement of Financial Affairs for all Debtors for review by AlixPartners team. | 3.10 |
| 03/31/16 | RR | Review of documents and error checking all figures on SH 130 filings. | 2.80 |
| | | **Total Hours** | **122.50** |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

Invoice #                     2078198-2

Re:                           Case Management Activities
Client/Matter #               009892.00102

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Richard Robbins | 122.50 | 770.00 | 94,325.00 |
| **Total Hours & Fees** | **122.50** | | **94,325.00** |


*When it really matters.*

Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

Invoice #                2078198-3

Re:                      Court Preparation and Testimony
Client/Matter #          009892.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 03/04/16 | RR | Meetings and preparation for First Day Hearing with counsel at JW offices. | 3.20 |
| | | **Total Hours** | **3.20** |



*When it really matters.*

Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610


Invoice #              2078198-3

Re:                    Court Preparation and Testimony
Client/Matter #        009892.00104

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Richard Robbins | 3.20 | 770.00 | 2,464.00 |
| **Total Hours & Fees** | **3.20** | | **2,464.00** |



*When it really matters.*

Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

Invoice #              2078198-4

Re:                    Travel & Expenses
Client/Matter #        009892.00109

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 03/04/16 | Supplies Richard Robbins Check Stamp | 40.20 |
| | **Total Disbursements** | **40.20** |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

| Invoice # | 2078198-4 |
| --- | --- |
| Re: | Travel & Expenses |
| Client/Matter # | 009892.00109 |

**Disbursement Recap:**

| Description | Amount |
| --- | --- |
| Supplies | 40.20 |
| **Total Disbursements** | **40.20** |


*When it really matters.*

May 18, 2016

Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

Client:     009892
Inv. No.:  2078998                                          Federal Tax ID 38-3637158

---

For Professional Services:  April 1, 2016 through April 30, 2016

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Richard Robbins | Director | 66.80 | 770.00 | 51,436.00 |
| **Total Hours & Fees** | | **66.80** | | **51,436.00** |
| Credit per Engagement Letter | | | | (10,000.00) |
| **Total Amount Due** | | | **USD** | **41,436.00** |

Please reference the invoice number noted above on any payment remittance.  Thank You.

| **Send check remittance to:** | **If Remitting in USD:** | **If Remitting in any other Currency:** |
|---|---|---|
| AlixPartners LLP | Account Name:  AlixPartners LLP | Account Name:  AlixPartners LLP |
| P.O. Box 5838 | Account Number:  003-58897 | IBAN:  GB27 DEUT 4050 8189 039614 |
| Carol Stream, IL 60197-5838 | Bank Name:  Deutsche Bank | Account Number:  89039614 |
| | ABA:  021-001-033 | Bank Name:  Deutsche Bank AG London |
| | SWIFT:  BKTRUS33XXX | SWIFT:  DEUTGB2LXXX |

909 Third Avenue  |  New York, NY 10022  |  212.490.2500  |  212.490.1344 fax  |  www.alixpartners.com


*When it really matters.*

Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

| Project Code | Description | Amount |
|---|---|---|
| 009892.00102 | Case Management Activities | 41,436.00 |
| **Total Fees Incurred** | | **41,436.00** |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

Invoice #            2078998-1

Re:                  Case Management Activities
Client/Matter #      009892.00102

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 04/01/16 | RR | Final review of Schedules for SH 130. | 2.20 |
| 04/01/16 | RR | Final review of Statement of Financial Affairs for SH 130. | 2.10 |
| 04/01/16 | RR | Discussions with Gibson Dunn and Jackson Walker over various components of Schedules and Statements. | 2.40 |
| 04/01/16 | RR | Preparation of Schedules and Statements in Best Case. | 3.20 |
| 04/04/16 | RR | Meetings with management team in preparation for 341 meeting of creditors and Initila Debtor Interview. | 2.20 |
| 04/04/16 | RR | Review docket and first day motions in preparation for 341 and Initial Debtor Interview. | 2.40 |
| 04/05/16 | RR | Prepare for and attend Initial Debtor Interview. | 2.80 |
| 04/05/16 | RR | Review of Schedules of Assets and Liabilities, Statement of Financial Affairs and Initial Debtor Report. | 2.20 |
| 04/05/16 | RR | Prepare for and attend 341 meeting of creditors. | 3.20 |
| 04/06/16 | RR | Prepare for and attend Court hearing on first day motions. | 2.50 |
| 04/08/16 | RR | Discussions with management team regarding monthly operating report requirements. | 1.30 |
| 04/08/16 | RR | Construct monthly operating report template. | 3.20 |
| 04/11/16 | RR | Preparation of monthly operating reports for SH 130, Zachry and Cintra debtors. | 3.40 |
| 04/12/16 | RR | Prepare data and perform analysis for SH 130 monthly operating report. | 2.90 |
| 04/13/16 | RR | Prepare first draft of SH 130, Zachry and Cintra monthly operating reports. | 3.20 |
| 04/14/16 | RR | Perform data analysis for SH 130 monthly operating report. | 2.40 |
| 04/14/16 | RR | Prepare templates for Zachry and Cintra debtor monthly operating reports. | 2.80 |
| 04/15/16 | RR | Review of SH 130 monthly operating report. | 2.80 |
| 04/18/16 | RR | Review and modify Monthly Operating Reports based on discussions with company management. | 2.70 |
| 04/18/16 | RR | Work with company management on preparation of Monthly Operating Reports for Zachry and Cintra debtors. | 2.60 |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

| Invoice # | 2078998-1 |
|---|---|
| Re: | Case Management Activities |
| Client/Matter # | 009892.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 04/18/16 | RR | Work with company management on preparation of SH 130 Monthly Operating Report. | 3.10 |
| 04/19/16 | RR | Gather and prepare signature pages for inclusion in Monthly Operating Reports. | 1.10 |
| 04/19/16 | RR | Finalize redaction entries with counsel for employee amounts in Monthly Operating Reports. | 2.20 |
| 04/19/16 | RR | Review and make modifications to MORs based on feedback from counsel and company personnel. | 3.30 |
| 04/19/16 | RR | Final compilation of MORs for company and counsel review. | 1.60 |
| 04/20/16 | RR | Final review of SH 130 Monthly Operating Report for submission to UST. | 1.90 |
| 04/20/16 | RR | Final review of Zachry and Cintra Monthly Operating Reports for submission to UST. | 1.10 |
| | | **Total Hours** | **66.80** |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

Invoice #                2078998-1

Re:                     Case Management Activities
Client/Matter #          009892.00102

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Richard Robbins | 66.80 | 770.00 | 51,436.00 |
| **Total Hours & Fees** | **66.80** | | **51,436.00** |



June 9, 2016

Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

Client:     009892
Inv. No.:  2079748                                                    Federal Tax ID 38-3637158

For Professional Services:  May 1, 2016 through May 31, 2016

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Holly Etlin | Managing Director | 0.50 | 1,070.00 | 535.00 |
| Richard Robbins | Director | 11.40 | 770.00 | 8,778.00 |
| **Total Hours & Fees** | | **11.90** | | **9,313.00** |

**Total Amount Due**                                              **USD    9,313.00**

**Please reference the invoice number noted above on any payment remittance.  Thank You.**

| Send check remittance to: | If Remitting in USD: | If Remitting in any other Currency: |
|---|---|---|
| AlixPartners LLP | Account Name:  AlixPartners LLP | Account Name:  AlixPartners LLP |
| P.O. Box 5838 | Account Number:  003-58897 | IBAN:  GB27 DEUT 4050 8189 039614 |
| Carol Stream, IL 60197-5838 | Bank Name:  Deutsche Bank | Account Number:  89039614 |
| | ABA:  021-001-033 | Bank Name:  Deutsche Bank AG London |
| | SWIFT:   BKTRUS33XXX | SWIFT:   DEUTGB2LXXX |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

| Project Code | Description | Amount |
|---|---|---|
| 009892.00102 | Case Management Activities | 9,313.00 |
| **Total Fees Incurred** | | **9,313.00** |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

Invoice #                 2079748-1

Re:                       Case Management Activities
Client/Matter #           009892.00102

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/04/16 | HFE | Update call | 0.50 |
| 05/09/16 | RR | Preparation of schedule and statement amendments. | 2.60 |
| 05/10/16 | RR | Preparation of schedule and statement amendments. | 2.80 |
| 05/11/16 | RR | Review and discussion of amended schedules and statements with company personnel. | 2.70 |
| 05/31/16 | RR | Update KEIP/KERP analysis. | 1.60 |
| 05/31/16 | RR | Review liquidation analysis scenarios for plan and disclosure statement preparation. | 1.70 |
| | | **Total Hours** | **11.90** |



Mr. Alfonso Orol
SH 130 Concession Company, LLC
10800 N. US Hwy 183
Buda, TX 78610

| | |
|---|---|
| Invoice # | 2079748-1 |
| Re: | Case Management Activities |
| Client/Matter # | 009892.00102 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Holly Etlin | 0.50 | 1,070.00 | 535.00 |
| Richard Robbins | 11.40 | 770.00 | 8,778.00 |
| **Total Hours & Fees** | **11.90** | | **9,313.00** |