MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: SH 130 Concession Company, LLC
CASE NUMBER: 16-10262
PROPOSED PLAN DATE: TBD

PETITION DATE: 03/02/16
DISTRICT OF TEXAS: Western
DIVISION: Austin

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH JUNE YEAR 2016

| MONTH | Mar-16 | Apr-16 | May-16 | Jun-15 | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 3,102,562.53 | 2,812,933.73 | 2,959,350.87 | 3,319,584.18 | 0.00 | 0.00 |
| OPERATING INCOME (LOSS) (MOR-6) | (120,759.10) | (244,487.64) | (258,941.41) | (995,431.42) | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | (133,909,542.09) | (5,618,939.71) | 3,543,040.78 | (3,310,662.59) | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 30,945.49 | 165,697.40 | 236,707.06 | 254,434.51 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 815,653.81 | 504,733.56 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 265,717.18 | 2,504,128.23 | 3,995,955.50 | 4,194,258.43 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE |
|---|---|
| Exec Risks (D&O etc) | 10/15/16 |
| Prof. Liability (ERP 5 years) | 07/01/18 |
| Other policies (property, automobile, workers comp, excess libility, pollution liability) | 04/01/17 |

| | CHECK ONE | |
|---|---|---|
| Are all accounts receivable being collected within terms? | ✓ Yes | ☐ No |
| Are all post-petition liabilities, including taxes, being paid within terms? | ✓ Yes | ☐ No |
| Have all tax returns and other required government filings been timely paid? | ✓ Yes | ☐ No |
| Have any pre-petition liabilities been paid? | ✓ Yes | ☐ No |
| If so, describe | Wages and Benefits under Court Order, a payment to one utility provider as provided by Utilities order and payment under Materialman & Mechanic motion | |
| Are all funds received being deposited into Debtor in Possession bank accounts? | ✓ Yes | ☐ No |
| Were any assets disposed of outside the normal course of business? | ☐ Yes | ✓ No |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | ✓ Yes | ☐ No |
| What is the status of your Plan of Reorganization? | Planned to be filed within 120 days | |

ATTORNEY NAME: Patrica B. Tomasco
FIRM NAME: Jackson Walker LLP
ADDRESS: 100 Congress Ave, Suite 1100
CITY, STATE, ZIP: Austin, TX 78701
TELEPHONE/FAX: 512-236-2076 / 512-691-4438
ptomasco@jw.com

INITIALS _____
DATE _____
UST USE ONLY

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____ (ORIGINAL SIGNATURE)   TITLE CFO
Paul Harris    7/20/16
(PRINT NAME OF SIGNATORY)    DATE

MOR-1

CASE NAME: SH 130 Concession Company, LLC
CASE NUMBER: 16-10262

## Notes to the Monthly Operating Report

This monthly operating report is unaudited and does not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtor. Unlike the consolidated financial statements, the MOR reflect the assets and liabilities of Debtor, except where otherwise indicated. Information contained in the MOR have been derived from the Debtor's books and records. Therefore, in order to comply with their obligations to provide monthly operating reports currently during these Chapter 11 Cases, the Debtors have prepared this monthly operating report using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. This monthly operating report is, thus, true and accurate to the best of the Debtors' knowledge, information and belief based on current available data.

**GENERAL:**

General Methodology: The Debtors prepared this Monthly Operating Report relying primarily upon the information set forth in their books and records. Consequently, certain transactions that are not identified in the normal course of business in the Debtors' books and records may not be included in this Monthly Operating Report. Nevertheless, in preparing this Monthly Operating Report, the Debtors made best efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein.

Reservation of Rights. Given the complexity of the Debtors' business, inadvertent errors, omissions or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary, but shall be under no obligation to do so.

**Notes to MOR-1:**
SH 130 CC LLC received authority pursuant to certain first-day orders to pay certain prepetition wages and employee benefits plus prepetition utility amounts owing.

**Notes to MOR-2:**
The Filing Date's Cash Balance is bank balance as of 3/2/2016 and the Filing Date's Receivables balance as of 2/29/2016.
The Schedules of Assets and Liabilities included $345.5k in Part 11, Question 77 "Other Assets" for recoveries of funds in respect of right of way acquisition. These are currently not reflected on Debtors books and have therefore been excluded from this Monthly Operating Report.
May's balance sheet reflects the impact of a change in accounting policy related to the treatment of the Bridge & Road asset (as required by ASU No. 2014-05, Service Concession Arrangements, issued by the Financial Accounting Standards Board). The primary impact upon reporting is the change in the asset amortization period (effectively longer than had been used under the prior policy) resulting in a lower depreciation / amortization cost on a periodic basis. The accounting standard is applied back to the commencement of the concession period and results in a reduction in the depreciation / amortized cost to date of $125.5m.

**Notes to MOR-3:**
The Bankruptcy Court entered a first day order granting authority to the Debtor to pay certain prepetition employee wage and other obligations in the ordinary course (the "Employee Wage Order"). Pursuant to the Employee Wage Order, the Debtor believes that, other than claims of certain former and current employees for vacation, personal and/or severance pay, any priority employee claims for prepetition amounts have been or will be satisfied, and such satisfied amounts are therefore not listed.

As a result of the commencement of these chapter 11 Cases, the payment of pre-petition indebtedness is subject to compromise or other treatment under a chapter 11 plan. The Bankruptcy Court authorized the Debtors to pay certain prepetition claims, including but not limited to wages and employee benefit claims and mechanic's/materialman's lien claims. To the extent such claims have been categorized as "Liabilities Not Subject to compromise," the Debtors reserve their right to dispute their obligation to make such payments. The Debtors have been paying and intend to continue to pay undisputed post-petition claims arising in the ordinary course of business.

CASE NAME: SH 130 Concession Company, LLC
CASE NUMBER: 16-10262

## Notes to the Monthly Operating Report

The liability information, except as otherwise noted, is listed as of the close of business as of the end of the month. Accordingly, the Debtors reserve all rights to amend, supplement or otherwise modify this Monthly Operating Report as necessary and appropriate, but shall be under no obligation to do so. The Debtors have paid certain prepetition liabilities in accordance with orders approved by the Bankruptcy Court authorizing such payments. The Debtors believe that all undisputed post-petition accounts payable have been and are being paid according to agreed-upon terms specific to each vendor and/or service provider and as authorized by the Bankruptcy Court. These payments are limited to payments made to vendors and service providers who provide services that are necessary to the operation of the Debtors' business. In addition, the liabilities reported in this Monthly Operating Report do not reflect any analysis conducted by the Debtors regarding potential claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve any and all of their rights to dispute or challenge the validity of any claims asserted under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any transaction, document or instrument related to any creditor's claim.

**Notes to MOR-4:**
Accrued Professional Fees for certain professionals will be paid only upon approval of a Request for Compensation filed with and ordered by the Bankruptcy Court.

**Notes to MOR-5:**
The Debtors are current on all post petition payments.
Toll revenues are received from the Texas Department of Transportation within 7 days for Tag transactions and 60 days for Video transactions. Receivables are expected to be timely received according to terms.

**Notes to MOR-6:**
The Income Statement includes the entire month of March 2016.

**Notes to MOR-7:**
All amounts are post-petition with exception of one payment to a utility provider for its prepetition amounts owed (as permitted by Utilities order) and payments to two suppliers as permitted by the Materialman & Mechanic motion.

**Notes to MOR-8:**
Pursuant to the final order authorizing the Debtors to continue using existing cash management system and bank accounts [Docket No. 222], (a) the funds that were on deposit in the Deutsche Bank Proceeds Account were transferred to the Bank of Texas Substitute Proceeds Accounts and (b) the funds that were on deposit in the Deutsche Bank TxDOT Revenue Share Reserve Account were transferred to the Bank of Texas Substitute TxDOT Revenue Share Reserve Account

**Notes to MOR-9:**
MOR-9 contains sensitive employee wage information, for which names have been redacted, but such information has been provided to the US Trustee.

CASE NAME: SH 130 Concession Company, LLC
CASE NUMBER: 16-10262

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 3/2/16 | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 11,695,964 | 13,949,470 | 14,133,923 | 12,889,837 | 11,524,544 | | |
| Accounts Receivable | 3,631,372 | 4,050,143 | 4,058,323 | 4,135,867 | 4,496,798 | | |
| Inventory | 221,041 | 240,374 | 233,601 | 241,573 | 262,788 | | |
| Prepaid Insurance and Other | 313,273 | 396,827 | 884,912 | 848,251 | 743,973 | | |
| **TOTAL CURRENT ASSETS** | 15,861,649 | 18,636,815 | 19,310,759 | 18,115,528 | 17,028,103 | 0 | 0 |
| **FIXED ASSETS** | | | | | | | |
| Plant & Machinery | 226,368 | 221,732 | 217,097 | 212,463 | 207,829 | | |
| Furniture & Fixtures | 34,185 | 32,859 | 31,550 | 30,283 | 29,026 | | |
| Equipment | 129,178 | 126,746 | 124,309 | 121,875 | 119,440 | | |
| Computer Hardware | 47,514 | 45,387 | 43,351 | 41,334 | 39,313 | | |
| Vehicles | 804,353 | 786,287 | 768,217 | 750,145 | 732,077 | | |
| **NET BOOK VALUE OF FIXED ASSETS** | 1,241,598 | 1,213,011 | 1,184,524 | 1,156,100 | 1,127,685 | 0 | 0 |
| **OTHER ASSETS** | | | | | | | |
| Facility Lease, Concession Rights, Buildings & Leasehold Improvements | 1,163,958,129 | 1,162,011,977 | 1,157,263,972 | 1,280,743,946 | 1,278,439,540 | | |
| Computer Software | 9,342 | 9,197 | 9,053 | 8,908 | 8,764 | | |
| Notes Receivable | 12,783 | 11,653 | 10,523 | 9,393 | 8,263 | | |
| Retainers | 972,535 | 972,535 | 955,070 | 993,358 | 993,358 | | |
| Miscellaneous | 345,500 | 0 | 0 | 0 | 0 | | |
| **NET BOOK VALUE OF OTHER ASSETS** | 1,165,298,289 | 1,163,005,362 | 1,158,238,618 | 1,281,755,605 | 1,279,449,925 | 0 | 0 |
| **TOTAL ASSETS** | 1,182,401,536 | 1,182,855,188 | 1,178,733,901 | 1,301,027,233 | 1,297,605,713 | 0 | 0 |

* Per Schedules and Statement of Affairs.

MOR-2

CASE NAME: SH 130 Concession Company, LLC
CASE NUMBER: 16-10262

## COMPARATIVE BALANCE SHEETS

| LIABILITIES | FILING DATE* 3/2/16 | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0 | 2,843,000 | 4,202,132 | 6,294,372 | 6,462,517 | | |
| LIABILITIES SUBJECT TO COMPROMISE (LSTC) | | | | | | | |
|   Debt (Excluding Swaps) | 1,271,624,970 | 1,282,098,162 | 1,282,098,160 | 1,282,098,160 | 1,282,098,160 | | |
|   Swaps | 376,875,399 | 382,202,529 | 382,202,529 | 382,202,529 | 382,202,529 | | |
|   Accounts Payable | 702,469 | 537,774 | 467,283 | 494,577 | 304,031 | | |
|   Accrued Wages - Not Scheduled* | | 153,865 | 172,853 | 131,073 | 131,073 | | |
|   Accrued Trade Payables - Not Scheduled* | | 1,802,782 | 1,992,806 | 2,245,546 | 2,157,090 | | |
|   Accrued Affiliate Payables - Not Scheduled* | | 1,050,622 | 1,050,622 | 1,050,622 | 1,050,622 | | |
| TOTAL LIABILITIES SUBJECT TO COMPROMISE | 1,649,202,838 | 1,667,845,734 | 1,667,984,253 | 1,668,222,507 | 1,667,943,505 | 0 | 0 |
| TOTAL LIABILITIES | 1,649,202,838 | 1,670,688,734 | 1,672,186,385 | 1,674,516,879 | 1,674,406,021 | 0 | 0 |
| EQUITY | | | | | | | |
|   Equity at Beginning of Period | | 345,500,265 | 345,500,265 | 461,920,062 | 461,920,062 | | |
|   Net Earnings | (466,801,302) | (833,333,811) | (838,952,749) | (835,409,708) | (838,720,371) | | |
| ENDING EQUITY | (466,801,302) | (487,833,546) | (493,452,484) | (373,489,646) | (376,800,309) | 0 | 0 |
| TOTAL LIABILITIES & NET ASSETS | 1,182,401,536 | 1,182,855,188 | 1,178,733,901 | 1,301,027,233 | 1,297,605,713 | 0 | 0 |

* Per Schedules and Statement of Affairs, except for Accrued Wages, Accrued Trade and Accrued Affiliate Payables included above.

MOR-3

CASE NAME: SH 130 Concession Company, LLC
CASE NUMBER: 16-10262

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *ACCOUNTS PAYABLE* | | | | | | |
| UTILITY | 11,337 | 14,434 | 17,380 | 23,641 | | |
| TRADE | 258,511 | 632,293 | 390,821 | 796,658 | | |
| WAGES & BENEFITS | 63,773 | 38,368 | 91,162 | 72,724 | | |
| OCP | 12,000 | 15,063 | 15,063 | 12,000 | | |
| TXDOT FEES | 117,917 | 179,052 | 182,990 | 201,816 | | |
| DIRECTOR FEES | 5,000 | 5,000 | 10,000 | 25,798 | | |
| PROFESSIONALS* | 2,097,000 | 2,835,415 | 2,974,628 | 4,550,509 | | |
| TXDOT REVENUE SHARE | 144,197 | 274,681 | 412,291 | 566,652 | | |
| PROPERTY TAX | 3,284 | 6,367 | 9,551 | 11,945 | | |
| SPONSOR / AFFILIATE CHARGES | 129,981 | 201,460 | 202,432 | 200,772 | | |
| CAPITAL EXPENDITURES (INFRASTRUCTURE) | | | 1,988,055 | 0 | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | 2,843,000 | 4,202,132 | 6,294,372 | 6,462,517 | 0 | 0 |

*Payment for certain professional fees requires Court Approval

**MOR-4**

CASE NAME: SH 130 Concession Company, LLC
CASE NUMBER: 16-10262

## AGING OF POST-PETITION PAYABLE LIABILITIES
MONTH June-16

| DAYS | TRADE ACCOUNTS Mar-16 | Apr-16 | May-16 | Jun-16 | | |
|---|---|---|---|---|---|---|
| 0-30 | 2,843,000 | 4,202,132 | 6,294,372 | 6,462,517 | | |
| 31-60 | 0 | | | | | |
| 61-90 | 0 | | | | | |
| 91+ | 0 | | | | | |
| TOTAL | 2,843,000 | 4,202,132 | 6,294,372 | 6,462,517 | 0 | 0 |

## AGING OF ACCOUNTS RECEIVABLE*

| MONTH | Mar-16 | Apr-16 | May-16 | Jun-16 | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 2,385,817 | 2,145,843 | 2,289,789 | 2,604,948 | | |
| 31-60 DAYS | 1,664,326 | 1,912,481 | 1,846,078 | 1,891,849 | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | 4,050,143 | 4,058,323 | 4,135,867 | 4,496,798 | 0 | 0 |

**MOR-5**

CASE NAME: SH 130 Concession Company, LLC
CASE NUMBER: 16-10262

## STATEMENT OF INCOME (LOSS)

| | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| NET TOLL REVENUES | 3,101,020 | 2,806,102 | 2,959,351 | 3,319,584 | | | 12,186,057 |
| OTHER REVENUE | 1,543 | 6,832 | 0 | 0 | | | 8,375 |
| TOTAL OPERATING REVENUE (MOR-1) | 3,102,563 | 2,812,934 | 2,959,351 | 3,319,584 | 0 | 0 | 12,194,431 |
| OPERATING EXPENSES: | | | | | | | |
| Personnel | 250,326 | 204,256 | 208,353 | 208,366 | | | 871,301 |
| Inventory Purchases | 16,696 | 7,817 | 4,699 | 7,537 | | | 36,750 |
| Equipment Rental | 4,625 | 12,341 | 2,884 | 3,434 | | | 23,284 |
| Maintenance | 1,985 | 6,400 | 9,763 | 231,891 | | | 250,040 |
| Consulting Fees | 55,699 | 68,378 | 203,333 | 354,718 | | | 682,128 |
| Miscellaneous OpEx | 148,407 | 368,653 | 382,047 | 161,630 | | | 1,060,737 |
| Toll Processing Fees | 148,358 | 131,678 | 141,219 | 158,334 | | | 579,588 |
| Board of Director Fees | 5,000 | 5,000 | 25,000 | 25,798 | | | 60,798 |
| Restructuring Professional Fees | 2,132,105 | 1,753,076 | 1,641,159 | 2,379,915 | | | 7,906,254 |
| Legal Fees - Ordinary Course | 139,283 | 176,186 | 278,031 | 436,364 | | | 1,029,863 |
| Bank/Agent Fees | 11,863 | 13,886 | 13,289 | 13,468 | | | 52,505 |
| Insurance | 47,539 | 51,512 | 52,948 | 51,240 | | | 203,239 |
| Utilities | 25,491 | 23,526 | 24,029 | 28,323 | | | 101,369 |
| Office Expenses | 8,367 | 7,036 | 6,745 | 6,862 | | | 29,011 |
| Taxes | 22,947 | 21,377 | 22,049 | 19,113 | | | 85,485 |
| Travel Expenses | 3,801 | 4,839 | 1,769 | 27,251 | | | 37,660 |
| DR Line | 1,488 | 1,456 | 1,456 | 1,415 | | | 5,816 |
| Back Office Support Fee | 70,833 | 70,833 | 70,833 | 70,833 | | | 283,332 |
| Affiliate - Service Fee | 72,433 | 72,433 | 72,433 | 72,433 | | | 289,733 |
| Affiliate - Secondment Charges | 56,075 | 56,737 | 56,253 | 56,091 | | | 225,156 |
| TOTAL OPERATING EXPENSES | 3,223,322 | 3,057,421 | 3,218,292 | 4,315,016 | 0 | 0 | 13,814,051 |
| OPERATING INCOME (LOSS) (MOR-1) | (120,759) | (244,488) | (258,941) | (995,431) | 0 | 0 | (1,619,620) |
| INTEREST EXPENSE | 418,336 | 0 | 0 | 0 | | | 418,336 |
| Other (Income)/Expense | (719) | (1,166) | (569) | (1,315) | | | (3,769) |
| Other Finance Charges | 263 | 833 | 861 | 833 | | | 2,791 |
| Loss From MTM on Swap Termination | 127,996,019 | 0 | 0 | 0 | | | 127,996,019 |
| Depreciation & Amortization | 5,374,884 | 5,374,785 | (3,802,275) | 2,315,712 | | | 9,263,107 |
| TOTAL NON-OPERATING | 133,788,783 | 5,374,452 | (3,801,982) | 2,315,231 | 0 | 0 | 137,676,484 |
| NET INCOME BEFORE TAXES | (133,909,542) | (5,618,940) | 3,543,041 | (3,310,663) | 0 | 0 | (139,296,104) |
| FEDERAL INCOME TAXES | | | | | | | 0 |
| NET INCOME/(LOSS) | (133,909,542) | (5,618,940) | 3,543,041 | (3,310,663) | 0 | 0 | (139,296,104) |

MOR-6

CASE NAME: SH 130 Concession Company, LLC
CASE NUMBER: 16-10262

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 11,695,964 | $13,949,470 | $14,133,923 | $12,889,837 | | $11,695,964 |
| REVENUES | | | | | | |
| 2. TOLL REVENUES | 2,519,477 | $2,680,583 | $2,751,300 | $2,827,652 | | $10,779,012 |
| 3. OTHER REVENUE | 2,261 | $7,998 | $569 | $1,314 | | $12,142 |
| TOTAL RECEIPTS** | 2,521,738 | 2,688,581 | 2,751,869 | 2,828,966 | | $10,791,154 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | $0 |
| DISBURSEMENTS: | | | | | | |
| 4. REVENUE SHARE | 0 | $0 | $0 | $0 | | $0 |
| 5. CONCESSION PAYMENT | 0 | $0 | $0 | $0 | | $0 |
| 6. ROW PAYMENTS | 0 | $286 | $330 | $0 | | $616 |
| 7. EXTERNAL SERVICES | 13,534 | $117,320 | $21,906 | $159,005 | | $311,765 |
| 8. PERSONNEL | 162,790 | $185,647 | 192,967.04 | $226,269 | | $767,673 |
| 9. GENERAL, IT TRAVEL & UTILITIES | 21,569 | $63,548 | 58,167.23 | $183,838 | | $327,122 |
| 10. MATERIALS | 31,466 | $7,701 | $18,844 | $15,196 | | $73,207 |
| 11. AFFILIATE PAYMENTS | | $129,888 | $200,003 | $202,432 | | $532,324 |
| 12. INSURANCE | | $46,336 | $515,090 | $0 | | $561,426 |
| 13. TXDOT PAYMENTS | 36,358 | $26,590 | $8,427 | $8,506 | | $79,882 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 265,717 | 577,315 | 1,015,735 | 795,246 | | $2,654,014 |
| 12. CAPITAL EXPENDITURES | | $599,031 | $1,241,279 | $2,293,285 | | $4,133,594 |
| TOTAL DISBURSEMENTS FOR CAPEX | 0 | 599,031 | 1,241,279 | 2,293,285 | | $9,441,621 |
| 13. PROFESSIONAL FEES | 0 | $1,325,832 | $1,738,942 | $1,105,728 | | $4,170,502 |
| 14. U.S. TRUSTEE FEES | 0 | $1,950 | $0 | | | $1,950 |
| 15. OTHER REORGANIZATION EXPENSES (attach list) | 0 | $0 | | | | $0 |
| TOTAL DISBURSEMENTS** | 265,717 | 2,504,128 | 3,995,956 | 4,194,258 | | $10,960,059 |
| 16. NET CASH FLOW | 2,256,021 | 184,453 | (1,244,087) | (1,365,292) | | ($168,905) |
| 17. PRE-PETITION CHECKS TO BE VOIDED | (2,514) | | | | | ($2,514) |
| 18. CASH - END OF MONTH (MOR-2) | 13,949,470 | $14,133,923 | $12,889,837 | $11,524,544 | $0 | $11,524,544 |

\* Applies to Individual debtors only

MOR-7

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME: SH 130 Concession Company, LLC
CASE NUMBER: 16-10262

## CASH ACCOUNT RECONCILIATION
MONTH OF June-16

| BANK NAME | BANK OF TEXAS | BANK OF TEXAS | DEUTSCHE BANK | WELLS FARGO | BANK OF TEXAS | BANK OF TEXAS | DEUTSCHE BANK | WELLS FARGO | CASH ON HAND | |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT TYPE | FACILITY TRUST FUND ACCOUNT | TOLL REVENUE ACCOUNT | PROCEEDS ACCOUNT | OPERATING ACCOUNT | SUBSTITUTE PROCEEDS ACCOUNT | SUBSTITUTE TXDOT REVENUE SHARE RESERVE | TXDOT REVENUE SHARE RESERVE | UTILITIES ACCOUNT | N/A | TOTAL |
| ACCOUNT NUMBER | #8018 | #8026 | #0510 | #5031 | #0212 | #0223 | #4055 | #6722 | N/A | |
| BANK BALANCE | 2 | 2,828,966 | 0 | 1,663,515 | 6,590,502 | 800,000 | 0 | 14,550 | 1,347 | 11,898,882 |
| DEPOSITS IN TRANSIT / ADJUSTMENTS | | | 0 | | | | | | 0 | 0 |
| OUTSTANDING CHECKS | | | 0 | (374,338) | | | | | 0 | (374,338) |
| ADJUSTED BANK BALANCE | 2 | 2,828,966 | 0 | 1,289,177 | 6,590,502 | 800,000 | 0 | 14,550 | 1,347 | 11,524,544 |
| BEGINNING CASH - PER BOOKS | 2 | 5,433,618 | 0 | 3,383,253 | 4,050,807 | 6,654 | 0 | 14,550 | 953 | 12,889,837 |
| PREPETITION CHECKS TO BE VOIDED | | | | | | | | | | 0 |
| ACCRUAL ADJUSTMENTS | | | | | | | | | | 0 |
| RECEIPTS* | 2,827,652 | 1,314 | | | | | | | | 2,828,966 |
| TRANSFERS BETWEEN ACCOUNTS | (2,827,652) | (2,605,966) | | 2,099,000 | 2,540,142 | 793,476 | | | 1,000 | 0 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | | | | | | |
| CHECKS/OTHER DISBURSEMENTS* | | | 0 | (4,193,076) | (447) | (130) | | | (606) | (4,194,258) |
| ENDING CASH - PER BOOKS | 2 | 2,828,966 | 0 | 1,289,177 | 6,590,502 | 800,000 | 0 | 14,550 | 1,347 | 11,524,544 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: SH 130 Concession Company, LLC
CASE NUMBER: 16-10262

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Employee #1 | 19,513 | 19,377 | 20,271 | 18,483 | | |
| 2. Employee #2 | 11,432 | 11,432 | 11,432 | 11,432 | | |
| 3. Cintra US Services | 0 | 39,726 | 38,346 | 38,346 | | |
| 4. Cintra Infraestructura | 0 | 90,162 | 90,824 | 90,340 | | |
| 5. Cintra Tolling Svcs | | | 70,833 | 70,833 | | |
| 6. Director #1 | | 5,000 | 5,000 | 10,000 | | |
| 7. Director #2 | | | | 15,000 | | |
| 8. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 30,945 | 165,697 | 236,707 | 254,435 | 0 | 0 |

| PROFESSIONALS | MONTH Mar-16 | MONTH Apr-16 | MONTH May-16 | MONTH Jun-16 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Gibson Dunn & Crutcher LLP | 0 | 0 | 518,751 | 337,576 | | |
| 2. Bracewell | 0 | 0 | 106,323 | 128,142 | | |
| 3. Jackson Walker LLP | 0 | 0 | 71,030 | 39,016 | | |
| 4. AP Services LLP | 0 | 0 | 87,579 | 0 | | |
| 5. Prime Clerk | 0 | 0 | 31,971 | 0 | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0 | 0 | 815,654 | 504,734 | 0 | 0 |

**MOR-9**