**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 16, 2016.**



_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SH 130 CONCESSION COMPANY, LLC | § | CASE NO. 16-10262 |
| ZACHRY TOLL ROAD – 56 LP | § | CASE NO. 16-10263 |
| CINTRA TX 56 LLC | § | CASE NO. 16-10264 |
| | § | |
| DEBTORS. | § | CHAPTER 11 |
| | § | |
| EIN: 20-8490258; 20-8596022; 20-8059105 | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 16-10262 |
| | § | |
| 10800 N US 183 HWY | § | |
| BUDA, TEXAS 78610-9460 | § | |

### ORDER APPROVING BRACEWELL LLP'S
### FIRST INTERIM APPLICATION FOR ALLOWANCE OF
### COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
### THE PERIOD FROM MARCH 2, 2016 THROUGH AND INCLUDING MAY 31, 2016

Upon consideration of the *First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period from March 2, 2016 through and Including May 31, 2016* (the "Application") filed by Bracewell, LLP ("Bracewell"); and it appearing to the Court that all of the requirements of §§ 327, 328, 330, 331 and 503(b) of title 11 of the United States

-2-

Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Court Rules of the United States Bankruptcy Court for the Western District of Texas, have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary; and that notice of the Application was appropriate; and after due deliberation and sufficient good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is APPROVED.

2. Bracewell is granted allowance of compensation in the amount of $514,283.75.

3. Bracewell is allowed the reimbursement of reasonable and necessary expenses in the amount of $3,632.18.

4. The Debtors are authorized and directed to remit payment to Bracewell in the total amount of $517,915.93, less all amounts previously paid on account of such fees and expenses.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###

-3-

Respectfully Submitted,

**BRACEWELL LLP**

By: */s/ William A. (Trey) Wood III*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bracewelllaw.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

**SPECIAL COUNSEL FOR THE DEBTOR, SH 130 CONCESSION COMPANY, LLC**

#5286687