**Expedited hearing shall be held on 12/14/2016 at 02:30 PM in Austin Courtroom 1. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 07, 2016**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 16-10262 |
| | § | CASE NO. 16-10263 |
| SH 130 CONCESSION COMPANY, LLC, | § | CASE NO. 16-10264 |
| ZACHRY TOLL ROAD - 56 LP, | § | |
| CINTRA TX 56 LLC, | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 16-10262-TMD |

### ORDER GRANTING FERROVIAL AGROMAN US CORP., ZACHRY CONSTRUCTION CORP., AND DR. DALLAS N. LITTLE'S MOTION FOR EXPEDITED HEARING ON OBJECTIONS TO—AND MOTIONS TO VACATE, STRIKE, OR QUASH—RULE 2004 LETTER REQUESTS FOR PRODUCTION OF DOCUMENTS

CAME ON, for consideration, "Ferrovial Agroman US Corp., Zachry Construction Corp., and Dr. Dallas N. Little's Motion for Expedited Hearing on Objections to—and Motions to Vacate, Strike, or Quash—Rule 2004 Letter Requests for Production of Documents" ("Objections and Motions to Quash," **Docs. 456, 458, 461**]. The Court finds that the Motion for Expedited Hearing should be granted, as set forth below. It is therefore

**ORDERED** that a hearing is scheduled on an expedited basis to consider and rule on the aforementioned Objections and Motions to Quash (**Docs. 456, 458, 461**) at the date and time stated above. Further, it is

**ORDERED** that Movants shall be responsible for notice.

# # #

Submitted by:

DAVID S. GRAGG
dgragg@langleybanack.com
State Bar No. 08253300
Sara Murray
smurray@langleybanack.com
State Bar No. 14729400
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: 210-736-6600
Facsimile: 210-736-6889

**ATTORNEYS FOR FERROVIAL AGROMAN US CORP., ZACHRY CONSTRUCTION CORP., AND DR. DALLAS N. LITTLE**

\\WDOX-W2K8-SATX\DOCS\LBCLIENT\19427\0002\L1211739.WPD