**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SH 130 CONCESSION COMPANY, LLC, ZACHRY TOLL ROAD - 56 LP, CINTRA TX 56 LLC, <br><br>Debtors. | § Case No. 16-10262 <br> § Case No. 16-10263 <br> § Case No. 16-10264 <br> § <br> § Chapter 11 <br> § <br> § Jointly Administered Under <br> § Case No. 16-10262-TMD |

## NOTICE OF EXPEDITED HEARINGS
[Relates to Doc. Nos. 456, 458, and 461]

Please Take Notice that the Court has granted the Motions of Ferrovial Agroman US Corp., Zachry Construction Corp., and Dr. Dallas N. Little (collectively, "Movants") for an expedited hearing, and that a hearing will be held before the Honorable Tony M. Davis, as follows:

**ON:** **[Doc. No. 456]** Objections to—and Motion to Vacate, Strike, or Quash—Rule 2004 Letter Request for Production of Documents filed by Ferrovial Agroman US Corp.

**[Doc. No. 458]** Objections to—and Motion to Vacate, Strike, or Quash—Rule 2004 Letter Request for Production of Documents filed by Dr. Dallas N. Little

**[Doc. No. 461] First Amended** Objections to—and Motion to Vacate, Strike, or Quash—Rule 2004 Letter Request for Production of Documents filed by Zachry Construction Corp.

**DATE:** December 14, 2016 at 2:30 p.m.

**LOCATION:** United States Bankruptcy Court
Homer J. Thornberry Federal Judicial Building
903 San Jacinto Blvd., Austin **Courtroom No. 1**
Austin, Texas 78701

Dated: December 8, 2016

Respectfully submitted,

**LANGLEY & BANACK, INCORPORATED**
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
(210) 736-6600 Telephone
(210) 735-6889 Telecopier

By: /s/ *David S. Gragg*
DAVID S. GRAGG
State Bar No. 08253300
SARA MURRAY
State Bar No. 14729400

ATTORNEYS FOR FERROVIAL AGROMAN US CORP., ZACHRY CONSTRUCTION CORP., AND DR. DALLAS N. LITTLE

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that on December 8, 2016, a true and correct copy of the foregoing Notice of Expedited Hearings was filed with the Court and (1) served electronically upon those registered to receive electronic notice via the Court's CM/ECF system in the above-captioned case; and (2) served either electronically or by First Class Mail upon those included on the attached Sixth Amended Master Service List [**Doc. 391**].

/s/ *David S. Gragg*
David S. Gragg