Expedited hearing shall be held on 12/14/2016 at 02:30 PM in Austin Courtroom 1. Movant is responsible for notice.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 07, 2016**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CASE NO. 16-10262 |
| | § | CASE NO. 16-10263 |
| SH 130 CONCESSION COMPANY, LLC, | § | CASE NO. 16-10264 |
| ZACHRY TOLL ROAD - 56 LP, | § | |
| CINTRA TX 56 LLC, | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 16-10262-TMD |

**ORDER GRANTING FERROVIAL AGROMAN US CORP., ZACHRY CONSTRUCTION CORP., AND DR. DALLAS N. LITTLE'S MOTION FOR EXPEDITED HEARING ON OBJECTIONS TO—AND MOTIONS TO VACATE, STRIKE, OR QUASH—RULE 2004 LETTER REQUESTS FOR PRODUCTION OF DOCUMENTS**

CAME ON, for consideration, "Ferrovial Agroman US Corp., Zachry Construction Corp., and Dr. Dallas N. Little's Motion for Expedited Hearing on Objections to—and Motions to Vacate, Strike, or Quash—Rule 2004 Letter Requests for Production of Documents" ("Objections and Motions to Quash," **Docs. 456, 458, 461**]. The Court finds that the Motion for Expedited Hearing should be granted, as set forth below. It is therefore

**ORDERED** that a hearing is scheduled on an expedited basis to consider and rule on the aforementioned Objections and Motions to Quash (**Docs. 456, 458, 461**) at the date and time stated above. Further, it is

**ORDERED** that Movants shall be responsible for notice.

# # #

Submitted by:

DAVID S. GRAGG
dgragg@langleybanack.com
State Bar No. 08253300
Sara Murray
smurray@langleybanack.com
State Bar No. 14729400
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: 210-736-6600
Facsimile: 210-736-6889

**ATTORNEYS FOR FERROVIAL AGROMAN US CORP., ZACHRY CONSTRUCTION CORP., AND DR. DALLAS N. LITTLE**

\\WDOX-W2K8-SATX\DOCS\LBCLIENT\19427\0002\L1211739.WPD

```
United States Bankruptcy Court
Western District of Texas
```

In re:                                                            Case No. 16-10262-tmd
SH 130 Concession Company, LLC                                    Chapter 11
Zachry Toll Road - 56 LP
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0542-1           User: chapmana              Page 1 of 3              Date Rcvd: Dec 07, 2016
                               Form ID: pdfintp            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
```
db            +SH 130 Concession Company, LLC,   10800 N. US 183 Hwy,   Buda, TX 78610-9460
aty           +Bracewell LLP,   711 Louisiana Street,   Suite 2300,   Houston, TX 77002-2849
aty            Carol A Weiner,   Venable LLP,   1270 Ave of the Americas, 24th FL,   New York, NY 10020-1806
aty           +Craign M. Price,   28 Liberty Street,   New York, NY 10005-1400
aty           +David M. Feldman,   Gibson, Dunn & Crutcher LLP,   200 Park Avenue,   New York, NY 10166-4799
aty           +Davis S. Cohen,   Milbank, Tweed, Hadley & McCloy LLP,   1850 K Street, N.W. Ste. 1100,
                Washington, DC 20006-2236
aty           +Gerard Uzzi,   Milbank, Tweed, Hadley & McCloy LLP,   28 Liberty Street,
                New York, NY 10005-1400
aty            Jeffrey S Sabin,   Venable LLP,   1270 Ave of the Americas, 24th FL,   New York, NY 10020-1806
aty           +Mary Reidy Doheny,   Milbank, Tweed, Hadley & McCloy LLP,   28 Liberty Street,
                New York, NY 10005-1400
aty            Matthew G. Bouslog,   Gibson, Dunn & Crutcher LLP,   3161 Michelson Drive,
                Irvine, CA 92612-4412
aty           +Matthew K. Kelsey,   Gibson, Dunn & Crutcher LLP,   200 Park Avenue,   New York, NY 10166-4799
intp          +AIF SH-130 LLC,   c/o Robert L. Barrows,   Warren, Drugan & Barrows, P.C.,   800 Broadway,
                San Antonio, TX 78215-1517
intp          +AlixPartners, LLP,   2000 Town Center, Ste 2400,   Southfield, MI 48075-1250
cr            +Austin Materials, LLC dba Ramming Paving Company,   Thomas S. Harmon,
                Elms Harmon Macchia, LLC,   2702 Treble Creek,   San Antonio, TX 78258,
                UNITED STATES 78258-4496
jaddb          CINTRA TX 56 LLC,   9600 Great Hills Trail, Suite 250E,   Austin, TX 78759-5978
intp          +Cintra Holding US Corp,   c/o Trent L Rosenthal,   675 Bering Dr., Ste 150,
                Houston, TX 77057-2188
intp          +Daniel Northrop,   191 North Wacker Dr Ste 3700,   Chicago, IL 60606-1615
intp          +Industrial Asphalt, Inc.,   Elms Harmon Macchia, PLLC,   2702 Treble Creek,
                San Antonio, TX 78258,   UNITED STATES 78258-4496
intp           Office of the Texas Attorney General,   Bankruptcy & Collections Division,   P.O. Box 12548,
                Austin, TX 78711-2548
intp          +Prime Clerk LLC,   830 3rd Avenue, 9th Floor,   New York, NY 10022-6569
intp          +Richard Hoskins,   c/o Robert L. Barrows,   Warren, Drugan & Barrows, P.C.,   800 Broadway,
                San Antonio, TX 78215-1517
intp          +TIF SH-130 LLC,   c/o Robert L. Barrows,   Warren, Drugan & Barrows, P.C.,   800 Broadway,
                San Antonio, TX 78215-1517
cr             Texas Comptroller of Public Accounts,   Rachel R. Obaldo,   c/o Sherri K. Simpson, Paralegal,
                P.O. Box 12548,   Austin, TX 78711-2548
intp           Texas Department of Transportation,   c/o Attorney General's Office,
                Bankruptcy & Collections Division,   P. O. Box 12548  MC-008,   Austin, TX 78711-2548
intp          +Timothy A Watt,   c/o Robert L. Barrows,   Warren, Drugan & Barrows, P.C.,   800 Broadway,
                San Antonio, TX 78215-1517
cr            +Travis County,   c/o Kay D. Brock,   P.O. Box 1748,   Austin, TX 78767-1748
intp          +UTA SH-130 LLC,   c/o Robert L. Barrows,   Warren, Drugan & Barrows, P.C.,   800 Broadway,
                San Antonio, TX 78215-1517
intp          +Uni SH-130 LLC,   c/o Robert L. Barrows,   Warren, Drugan & Barrows, P.C.,   800 Broadway,
                San Antonio, TX 78215-1517
intp          +Zachry American Infrastructure-56, LLC,   c/o Robert L. Barrows,
                Warren, Drugan & Barrows, P.C.,   800 Broadway,   San Antonio, TX 78215-1517
intp          +Zachry Developments-56, LLC,   c/o Robert L. Barrows,   Warren, Drugan & Barrows, P.C.,
                800 Broadway,   San Antonio, TX 78215-1517
jaddb          Zachry Toll Road - 56 LP,   2330 N. Loop 1640 W,   San Antonio, TX 78248-4512
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty            Gibson, Dunn & Crutcher LLP
aty            Jackson Walker LLP
cr             BNP Paribas
cr             Caldwell CAD
cr             Central Texas Highway Constructors, LLC
cr             Deutsche Bank Trust Company Americas, as Collatera
intp           Dr. Dallas N. Little
intp           Ferrovial Agroman US Corp.
cr             Steering Committee of the First Lien Lenders
cr             United States of America
intp           Zachary Construction Corp.
intp           Zachry Construction Corp.
```
                                                                                   TOTALS: 12, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2016 at the address(es) listed below:

- Alan Moskowitz on behalf of Debtor SH 130 Concession Company, LLC amoskowitz@gibsondunn.com
- Alan Moskowitz on behalf of Debtor Zachry Toll Road - 56 LP amoskowitz@gibsondunn.com
- Alan Moskowitz on behalf of Debtor CINTRA TX 56 LLC amoskowitz@gibsondunn.com
- Alan Moskowitz on behalf of JointAdmin Debtor Zachry Toll Road - 56 LP amoskowitz@gibsondunn.com
- Benjamin Joseph Steele on behalf of Interested Party Prime Clerk LLC ecf@primeclerk.com
- Brian Patrick Morgan on behalf of Creditor Deutsche Bank Trust Company Americas, as Collateral Agent brian.morgan@dbr.com
- Carol A Weiner on behalf of Interested Party UTA SH-130 LLC cwlevy@venable.com, cwlevy@venable.com
- Carol A Weiner on behalf of Interested Party Zachry American Infrastructure-56, LLC cwlevy@venable.com, cwlevy@venable.com
- Carol A Weiner on behalf of Interested Party Uni SH-130 LLC cwlevy@venable.com, cwlevy@venable.com
- Carol A Weiner on behalf of Interested Party Richard Hoskins cwlevy@venable.com, cwlevy@venable.com
- Carol A Weiner on behalf of Interested Party Timothy A Watt cwlevy@venable.com, cwlevy@venable.com
- Carol A Weiner on behalf of Interested Party TIF SH-130 LLC cwlevy@venable.com, cwlevy@venable.com
- Carol A Weiner on behalf of Interested Party AIF SH-130 LLC cwlevy@venable.com, cwlevy@venable.com
- Carol A Weiner on behalf of Interested Party Zachry Developments-56, LLC cwlevy@venable.com, cwlevy@venable.com
- David S. Gragg on behalf of Interested Party Ferrovial Agroman US Corp. dgragg@langleybanack.com, cjohnston@langleybanack.com
- David S. Gragg on behalf of Interested Party Dr. Dallas N. Little dgragg@langleybanack.com, cjohnston@langleybanack.com
- David S. Gragg on behalf of Interested Party Zachary Construction Corp. dgragg@langleybanack.com, cjohnston@langleybanack.com
- David S. Gragg on behalf of Creditor Central Texas Highway Constructors, LLC dgragg@langleybanack.com, cjohnston@langleybanack.com
- David S. Gragg on behalf of Interested Party Zachry Construction Corp. dgragg@langleybanack.com, cjohnston@langleybanack.com
- Deborah A. Bynum on behalf of U.S. Trustee United States Trustee - AU12 deborah.a.bynum@usdoj.gov
- Diane W. Sanders on behalf of Creditor Caldwell CAD austin.bankruptcy@publicans.com
- E. Lee Morris on behalf of Creditor BNP Paribas lmorris@munsch.com
- E. Lee Morris on behalf of Creditor Steering Committee of the First Lien Lenders lmorris@munsch.com
- Hal F. Morris on behalf of Interested Party Office of the Texas Attorney General hal.morris@texasattorneygeneral.gov
- Hal F. Morris on behalf of Interested Party Texas Department of Transportation hal.morris@texasattorneygeneral.gov
- Jay Ong on behalf of Creditor BNP Paribas jong@munsch.com, amays@munsch.com
- Jennifer Francine Wertz on behalf of Debtor SH 130 Concession Company, LLC jwertz@jw.com, kgradney@jw.com
- Jennifer Francine Wertz on behalf of Debtor CINTRA TX 56 LLC jwertz@jw.com, kgradney@jw.com
- Jennifer Francine Wertz on behalf of JointAdmin Debtor CINTRA TX 56 LLC jwertz@jw.com, kgradney@jw.com
- Jennifer Francine Wertz on behalf of Debtor Zachry Toll Road - 56 LP jwertz@jw.com, kgradney@jw.com
- Jennifer Francine Wertz on behalf of JointAdmin Debtor Zachry Toll Road - 56 LP jwertz@jw.com, kgradney@jw.com
- Jennifer Francine Wertz on behalf of Interested Party AlixPartners, LLP jwertz@jw.com, kgradney@jw.com
- John David Cornwell on behalf of Creditor Steering Committee of the First Lien Lenders jcornwell@munsch.com, ssturm@munsch.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kay D. Brock    on behalf of Creditor    Travis County bkecf@traviscountytx.gov, kay.brock@traviscountytx.gov
        Kevin M. Lippman    on behalf of Creditor    BNP Paribas klippman@munsch.com
        Kevin M. Lippman    on behalf of Creditor    Steering Committee of the First Lien Lenders klippman@munsch.com
        Kristin K. Going    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Collateral Agent Kristin.Going@dbr.com, Daniel.Northrop@dbr.com
        Marshall L. Armstrong    on behalf of Interested Party    UTA SH-130 LLC marmstrong@wdblaw.com, wdbsat@wdblaw.com;PACERnotice@gmail.com
        Marshall L. Armstrong    on behalf of Interested Party    Zachry American Infrastructure-56, LLC marmstrong@wdblaw.com, wdbsat@wdblaw.com;PACERnotice@gmail.com
        Marshall L. Armstrong    on behalf of Interested Party    Zachry Developments-56, LLC marmstrong@wdblaw.com, wdbsat@wdblaw.com;PACERnotice@gmail.com
        Marshall L. Armstrong    on behalf of Interested Party Timothy A Watt marmstrong@wdblaw.com, wdbsat@wdblaw.com;PACERnotice@gmail.com
        Marshall L. Armstrong    on behalf of Interested Party    Uni SH-130 LLC marmstrong@wdblaw.com, wdbsat@wdblaw.com;PACERnotice@gmail.com
        Marshall L. Armstrong    on behalf of Interested Party    TIF SH-130 LLC marmstrong@wdblaw.com, wdbsat@wdblaw.com;PACERnotice@gmail.com
        Marshall L. Armstrong    on behalf of Interested Party Richard  Hoskins marmstrong@wdblaw.com, wdbsat@wdblaw.com;PACERnotice@gmail.com
        Marshall L. Armstrong    on behalf of Interested Party    AIF SH-130 LLC marmstrong@wdblaw.com, wdbsat@wdblaw.com;PACERnotice@gmail.com
        Patricia Baron Tomasco    on behalf of JointAdmin Debtor    Zachry Toll Road - 56 LP ptomasco@jw.com, kgradney@jw.com
        Patricia Baron Tomasco    on behalf of Debtor    SH 130 Concession Company, LLC ptomasco@jw.com, kgradney@jw.com
        Patricia Baron Tomasco    on behalf of JointAdmin Debtor    CINTRA TX 56 LLC ptomasco@jw.com, kgradney@jw.com
        Patricia Baron Tomasco    on behalf of Debtor    Zachry Toll Road - 56 LP ptomasco@jw.com, kgradney@jw.com
        Patricia Baron Tomasco    on behalf of Debtor    CINTRA TX 56 LLC ptomasco@jw.com, kgradney@jw.com
        Rachel R Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts bk-robaldo@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
        Robert L. Barrows    on behalf of Interested Party    Zachry Developments-56, LLC rbarrows@wdblaw.com, bchapa@wdblaw.com;PACERnotice@gmail.com
        Robert L. Barrows    on behalf of Interested Party    AIF SH-130 LLC rbarrows@wdblaw.com, bchapa@wdblaw.com;PACERnotice@gmail.com
        Robert L. Barrows    on behalf of Interested Party    UTA SH-130 LLC rbarrows@wdblaw.com, bchapa@wdblaw.com;PACERnotice@gmail.com
        Robert L. Barrows    on behalf of Interested Party    Uni SH-130 LLC rbarrows@wdblaw.com, bchapa@wdblaw.com;PACERnotice@gmail.com
        Robert L. Barrows    on behalf of Interested Party    TIF SH-130 LLC rbarrows@wdblaw.com, bchapa@wdblaw.com;PACERnotice@gmail.com
        Robert L. Barrows    on behalf of Interested Party Richard  Hoskins rbarrows@wdblaw.com, bchapa@wdblaw.com;PACERnotice@gmail.com
        Robert L. Barrows    on behalf of Interested Party Timothy A Watt rbarrows@wdblaw.com, bchapa@wdblaw.com;PACERnotice@gmail.com
        Robert L. Barrows    on behalf of Interested Party    Zachry American Infrastructure-56, LLC rbarrows@wdblaw.com, bchapa@wdblaw.com;PACERnotice@gmail.com
        Rodney Allen Morris    on behalf of Creditor    United States of America Rodney.Morris2@usdoj.gov
        Steven B. Bass    on behalf of Creditor    United States of America Steven.Bass@usdoj.gov, lori.wilson@usdoj.gov
        Thomas Schaefer Harmon    on behalf of Interested Party    Industrial Asphalt, Inc. tharmon@elmslaw.com, stabor@elmslaw.com
        Thomas Schaefer Harmon    on behalf of Creditor    Austin Materials, LLC dba Ramming Paving Company tharmon@elmslaw.com, stabor@elmslaw.com
        Trent L. Rosenthal    on behalf of Interested Party    Cintra Holding US Corp trosenthal@rosenthallaw.com, nlamb@rosenthallaw.com;nena_lamb@yahoo.com
        United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
        William A. (Trey) Wood, III    on behalf of Attorney    Bracewell LLP trey.wood@bracewelllaw.com, Meghan.olsen@bracewelllaw.com
        William A. (Trey) Wood, III    on behalf of Debtor    SH 130 Concession Company, LLC trey.wood@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

                                                                                                            TOTAL: 67