IT IS HEREBY ADJUDGED and DECREED that the below described is MOOT.



Dated: December 14, 2016

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-10262 |
| | § | CASE NO. 16-10263 |
| SH 130 CONCESSION COMPANY, LLC, | § | CASE NO. 16-10264 |
| ZACHRY TOLL ROAD - 56 LP, | § | |
| CINTRA TX 56 LLC, | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 16-10262-TMD |

ORDER REGARDING
FERROVIAL AGROMAN US CORP.'S OBJECTIONS TO—AND
MOTION TO VACATE, STRIKE, OR QUASH—RULE 2004
LETTER REQUEST FOR PRODUCTION OF DOCUMENTS

CAME ON, for hearing and consideration, the Objections to—and Motion to Vacate, Strike, or Quash—Rule 2004 Letter Request for Production of Documents, filed by Ferrovial Agroman US Corp. ("FAUS' Objections and Motion"). The Court, having considered FAUS' Objections and Motion, any responses or replies thereto, any admissible evidence, and the arguments of counsel, **FINDS** and **CONCLUDES** that the Objections set out in FAUS' Objections and Motion should be **SUSTAINED**. Further, the Court **FINDS** and **CONCLUDES** that the Rule 2004 letter request for

production of documents sent by Bracewell to Ferrovial Agroman US Corp. ("FAUS") is improper and should be quashed, and that FAUS is not required to comply with it. Therefore it is

**ORDERED** that the Objections set out in FAUS' Objections and Motion are **SUSTAINED**. Further, it is

**ORDERED** that the Rule 2004 letter request for production of documents sent by Bracewell to FAUS is **QUASHED**, and FAUS is not required to comply with it.

# # #



Submitted by:

DAVID S. GRAGG
dgragg@langleybanack.com
State Bar No. 08253300
Sara Murray
smurray@langleybanack.com
State Bar No. 14729400
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: 210-736-6600
Facsimile: 210-736-6889

**ATTORNEYS FOR FERROVIAL AGROMAN US CORP.**