IT IS HEREBY ADJUDGED and DECREED that the
below described is MOOT.

Dated: December 14, 2016

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE



_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-10262 |
| | § | CASE NO. 16-10263 |
| SH 130 CONCESSION COMPANY, LLC, | § | CASE NO. 16-10264 |
| ZACHRY TOLL ROAD - 56 LP, | § | |
| CINTRA TX 56 LLC, | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 16-10262-TMD |

ORDER REGARDING
FERROVIAL AGROMAN US CORP.'S OBJECTIONS TO—AND
MOTION TO VACATE, STRIKE, OR QUASH—RULE 2004
LETTER REQUEST FOR PRODUCTION OF DOCUMENTS

CAME ON, for hearing and consideration, the Objections to—and Motion to Vacate, Strike, or Quash—Rule 2004 Letter Request for Production of Documents, filed by Ferrovial Agroman US Corp. ("FAUS' Objections and Motion"). The Court, having considered FAUS' Objections and Motion, any responses or replies thereto, any admissible evidence, and the arguments of counsel, **FINDS** and **CONCLUDES** that the Objections set out in FAUS' Objections and Motion should be **SUSTAINED**. Further, the Court **FINDS** and **CONCLUDES** that the Rule 2004 letter request for

production of documents sent by Bracewell to Ferrovial Agroman US Corp. ("FAUS") is improper and should be quashed, and that FAUS is not required to comply with it. Therefore it is

**ORDERED** that the Objections set out in FAUS' Objections and Motion are **SUSTAINED**. Further, it is

**ORDERED** that the Rule 2004 letter request for production of documents sent by Bracewell to FAUS is **QUASHED**, and FAUS is not required to comply with it.

# # #



Submitted by:

DAVID S. GRAGG
dgragg@langleybanack.com
State Bar No. 08253300
Sara Murray
smurray@langleybanack.com
State Bar No. 14729400
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, Texas 78212
Telephone: 210-736-6600
Facsimile: 210-736-6889

**ATTORNEYS FOR FERROVIAL AGROMAN US CORP.**

W:\LBCLIENT\19427\0002\L1211305.WPD

```
                                  United States Bankruptcy Court
                                    Western District of Texas
In re:                                                                          Case No. 16-10262-tmd
SH 130 Concession Company, LLC                                                  Chapter 11
Zachry Toll Road - 56 LP
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0542-1           User: boydl                  Page 1 of 3                  Date Rcvd: Dec 14, 2016
                               Form ID: pdfintp             Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
aty             Matthew G. Bouslog,    Gibson, Dunn & Crutcher LLP,     3161 Michelson Drive,
                  Irvine, CA   92612-4412
aty            +Matthew K. Kelsey,    Gibson, Dunn & Crutcher LLP,     200 Park Avenue,    New York, NY 10166-4799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
              Alan   Moskowitz    on behalf of Debtor    Zachry Toll Road - 56 LP amoskowitz@gibsondunn.com
              Alan   Moskowitz    on behalf of Debtor    CINTRA TX 56 LLC amoskowitz@gibsondunn.com
              Alan   Moskowitz    on behalf of JointAdmin Debtor    Zachry Toll Road - 56 LP
               amoskowitz@gibsondunn.com
              Alan   Moskowitz    on behalf of Debtor    SH 130 Concession Company, LLC amoskowitz@gibsondunn.com
              Benjamin Joseph Steele    on behalf of Interested Party    Prime Clerk LLC ecf@primeclerk.com
              Brian Patrick Morgan    on behalf of Creditor    Deutsche Bank Trust Company Americas, as
               Collateral Agent brian.morgan@dbr.com
              Carol A Weiner    on behalf of Interested Party    Uni SH-130 LLC cwlevy@venable.com,
               cwlevy@venable.com
              Carol A Weiner    on behalf of Interested Party Richard  Hoskins cwlevy@venable.com,
               cwlevy@venable.com
              Carol A Weiner    on behalf of Interested Party    UTA SH-130 LLC cwlevy@venable.com,
               cwlevy@venable.com
              Carol A Weiner    on behalf of Interested Party Timothy A Watt cwlevy@venable.com,
               cwlevy@venable.com
              Carol A Weiner    on behalf of Interested Party    TIF SH-130 LLC cwlevy@venable.com,
               cwlevy@venable.com
              Carol A Weiner    on behalf of Interested Party    AIF SH-130 LLC cwlevy@venable.com,
               cwlevy@venable.com
              Carol A Weiner    on behalf of Interested Party    Zachry Developments-56, LLC cwlevy@venable.com,
               cwlevy@venable.com
              Carol A Weiner    on behalf of Interested Party    Zachry American Infrastructure-56, LLC
               cwlevy@venable.com,  cwlevy@venable.com
              David S. Gragg    on behalf of Interested Party    Dr. Dallas N. Little dgragg@langleybanack.com,
               cjohnston@langleybanack.com
              David S. Gragg    on behalf of Interested Party    Zachary Construction Corp.
               dgragg@langleybanack.com,  cjohnston@langleybanack.com
              David S. Gragg    on behalf of Creditor    Central Texas Highway Constructors, LLC
               dgragg@langleybanack.com,  cjohnston@langleybanack.com
              David S. Gragg    on behalf of Interested Party    Zachry Construction Corp.
               dgragg@langleybanack.com,  cjohnston@langleybanack.com
              David S. Gragg    on behalf of Interested Party    Ferrovial Agroman US Corp.
               dgragg@langleybanack.com,  cjohnston@langleybanack.com
              Deborah A. Bynum    on behalf of U.S. Trustee    United States Trustee - AU12
               deborah.a.bynum@usdoj.gov
              Diane W. Sanders    on behalf of Creditor    Caldwell CAD austin.bankruptcy@publicans.com
              E. Lee Morris    on behalf of Creditor    Steering Committee of the First Lien Lenders
               lmorris@munsch.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
E. Lee Morris    on behalf of Creditor   BNP Paribas lmorris@munsch.com
Hal F. Morris    on behalf of Interested Party    Office of the Texas Attorney General
 hal.morris@texasattorneygeneral.gov
Hal F. Morris    on behalf of Interested Party    Texas Department of Transportation
 hal.morris@texasattorneygeneral.gov
Jay Ong    on behalf of Creditor    BNP Paribas jong@munsch.com, amays@munsch.com
Jennifer Francine Wertz    on behalf of JointAdmin Debtor    CINTRA TX 56 LLC jwertz@jw.com,
 kgradney@jw.com
Jennifer Francine Wertz    on behalf of Debtor    Zachry Toll Road - 56 LP jwertz@jw.com,
 kgradney@jw.com
Jennifer Francine Wertz    on behalf of JointAdmin Debtor    Zachry Toll Road - 56 LP jwertz@jw.com,
 kgradney@jw.com
Jennifer Francine Wertz    on behalf of Interested Party    AlixPartners, LLP jwertz@jw.com,
 kgradney@jw.com
Jennifer Francine Wertz    on behalf of Debtor    SH 130 Concession Company, LLC jwertz@jw.com,
 kgradney@jw.com
Jennifer Francine Wertz    on behalf of Debtor    CINTRA TX 56 LLC jwertz@jw.com,   kgradney@jw.com
John David Cornwell    on behalf of Creditor    Steering Committee of the First Lien Lenders
 jcornwell@munsch.com,   ssturm@munsch.com
Kay D. Brock    on behalf of Creditor    Travis County bkecf@traviscountytx.gov,
 kay.brock@traviscountytx.gov
Kevin M. Lippman    on behalf of Creditor    Steering Committee of the First Lien Lenders
 klippman@munsch.com
Kevin M. Lippman    on behalf of Creditor    BNP Paribas klippman@munsch.com
Kristin K. Going    on behalf of Creditor    Deutsche Bank Trust Company Americas, as Collateral
 Agent Kristin.Going@dbr.com,   Daniel.Northrop@dbr.com
Marshall L. Armstrong    on behalf of Interested Party    Zachry Developments-56, LLC
 marmstrong@wdblaw.com,   wdbsat@wdblaw.com;PACERnotice@gmail.com
Marshall L. Armstrong    on behalf of Interested Party Timothy A Watt marmstrong@wdblaw.com,
 wdbsat@wdblaw.com;PACERnotice@gmail.com
Marshall L. Armstrong    on behalf of Interested Party    Uni SH-130 LLC marmstrong@wdblaw.com,
 wdbsat@wdblaw.com;PACERnotice@gmail.com
Marshall L. Armstrong    on behalf of Interested Party    TIF SH-130 LLC marmstrong@wdblaw.com,
 wdbsat@wdblaw.com;PACERnotice@gmail.com
Marshall L. Armstrong    on behalf of Interested Party Richard  Hoskins marmstrong@wdblaw.com,
 wdbsat@wdblaw.com;PACERnotice@gmail.com
Marshall L. Armstrong    on behalf of Interested Party    AIF SH-130 LLC marmstrong@wdblaw.com,
 wdbsat@wdblaw.com;PACERnotice@gmail.com
Marshall L. Armstrong    on behalf of Interested Party    UTA SH-130 LLC marmstrong@wdblaw.com,
 wdbsat@wdblaw.com;PACERnotice@gmail.com
Marshall L. Armstrong    on behalf of Interested Party    Zachry American Infrastructure-56, LLC
 marmstrong@wdblaw.com,   wdbsat@wdblaw.com;PACERnotice@gmail.com
Patricia Baron Tomasco    on behalf of JointAdmin Debtor    Zachry Toll Road - 56 LP
 ptomasco@jw.com,   kgradney@jw.com
Patricia Baron Tomasco    on behalf of Debtor    SH 130 Concession Company, LLC ptomasco@jw.com,
 kgradney@jw.com
Patricia Baron Tomasco    on behalf of JointAdmin Debtor    CINTRA TX 56 LLC ptomasco@jw.com,
 kgradney@jw.com
Patricia Baron Tomasco    on behalf of Debtor    Zachry Toll Road - 56 LP ptomasco@jw.com,
 kgradney@jw.com
Patricia Baron Tomasco    on behalf of Debtor    CINTRA TX 56 LLC ptomasco@jw.com,   kgradney@jw.com
Rachel R Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
 bk-robaldo@texasattorneygeneral.gov,   sherri.simpson@texasattorneygeneral.gov
Robert L. Barrows    on behalf of Interested Party    AIF SH-130 LLC rbarrows@wdblaw.com,
 bchapa@wdblaw.com;PACERnotice@gmail.com
Robert L. Barrows    on behalf of Interested Party    UTA SH-130 LLC rbarrows@wdblaw.com,
 bchapa@wdblaw.com;PACERnotice@gmail.com
Robert L. Barrows    on behalf of Interested Party    Uni SH-130 LLC rbarrows@wdblaw.com,
 bchapa@wdblaw.com;PACERnotice@gmail.com
Robert L. Barrows    on behalf of Interested Party    TIF SH-130 LLC rbarrows@wdblaw.com,
 bchapa@wdblaw.com;PACERnotice@gmail.com
Robert L. Barrows    on behalf of Interested Party Richard  Hoskins rbarrows@wdblaw.com,
 bchapa@wdblaw.com;PACERnotice@gmail.com
Robert L. Barrows    on behalf of Interested Party Timothy A Watt rbarrows@wdblaw.com,
 bchapa@wdblaw.com;PACERnotice@gmail.com
Robert L. Barrows    on behalf of Interested Party    Zachry Developments-56, LLC
 rbarrows@wdblaw.com,   bchapa@wdblaw.com;PACERnotice@gmail.com
Robert L. Barrows    on behalf of Interested Party    Zachry American Infrastructure-56, LLC
 rbarrows@wdblaw.com,   bchapa@wdblaw.com;PACERnotice@gmail.com
Rodney Allen Morris    on behalf of Creditor    United States of America Rodney.Morris2@usdoj.gov
Steven B. Bass    on behalf of Creditor    United States of America Steven.Bass@usdoj.gov,
 lori.wilson@usdoj.gov
Thomas Schaefer Harmon    on behalf of Creditor    Austin Materials, LLC dba Ramming Paving Company
 tharmon@elmslaw.com,   stabor@elmslaw.com
Thomas Schaefer Harmon    on behalf of Interested Party    Industrial Asphalt, Inc.
 tharmon@elmslaw.com,   stabor@elmslaw.com
Trent L. Rosenthal    on behalf of Interested Party    Cintra Holding US Corp
 trosenthal@rosenthallaw.com,   nlamb@rosenthallaw.com;nena_lamb@yahoo.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov
          William A. (Trey) Wood, III   on behalf of Debtor   SH 130 Concession Company, LLC trey.wood@bracewelllaw.com, Meghan.olsen@bracewelllaw.com
          William A. (Trey) Wood, III   on behalf of Attorney   Bracewell LLP trey.wood@bracewelllaw.com, Meghan.olsen@bracewelllaw.com

          TOTAL: 67